IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RIVERSIDE TEXACO, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.  CV-07-J-0268-NW |
| | ) | (Northern District of Alabama) |
| OCCIDENTAL CHEMICAL | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT OCCIDENTAL CHEMICAL CORPORATION'S MOTION TO COMPEL
NON-PARTY OCEANA, INC. TO COMPLY WITH SUBPOENA**

COMES NOW Defendant Occidental Chemical Corporation ("OxyChem"), by and

through its undersigned counsel, and respectfully moves this Court for an order compelling non-

party Oceana, Inc. ("Oceana") to produce documents in response to the attached subpoena *duces*

*tecum* issued pursuant to Rule 45 of the Federal Rules of Civil Procedure.  In support of this

motion, OxyChem states as follows:

1.      OxyChem is a defendant in a case styled *Riverside Texaco, et al. v. Occidental*

*Chemical Corporation,* Case No. CV-07-J-0268-NW pending in the Northern District of

Alabama, Northwestern Division.  The case, originally filed in January of 2007, involves 270

plaintiffs seeking recovery for property damage and emotional distress allegedly caused by the

release of mercury from OxyChem's Muscle Shoals, Alabama plant.  Specifically, plaintiffs

claim the release of mercury has (a) diminished the value of their properties, (b) impacted their

use and enjoyment of their properties, and (c) caused plaintiffs anxiety, emotional distress,

and/or mental anguish.  (See ¶ 292 of Plaintiffs' Amended Complaint, a true and accurate copy

of which is attached hereto as Exhibit A and incorporated herein by this reference.)

2.      In 2005, Oceana, a not-for-profit group, disseminated brochures, flyers and/or advertisements to the Muscle Shoals community in which it (1) told Muscle Shoals residents that its "next door neighbor" OxyChem "is the #1 source of mercury released to the air in Alabama," and (2) offered to take hair samples and conduct free mercury testing for any and all members of the Muscle Shoals community.  (A true and accurate copy of Oceana's brochure is attached hereto as Exhibit B and incorporated herein by this reference.)

3.      Oceana's media outreach resulted in at least two articles in the local paper highlighting Oceana's suggested link between OxyChem's operations and Muscle Shoals residents' risks of mercury exposure.  For instance at least one of Oceana's representatives, Dawn Winalski, suggested any mercury detected in hair samples could be attributed equally to OxyChem as to any other potential source: "If tests are positive for mercury, it will be impossible to know if the contamination was from the chemical plant or other sources such as eating contaminated seafood."  (A true and accurate copy of the December 15, 2005 Times Daily Article is attached hereto as Exhibit C and incorporated herein by this reference.)

4.      In December of 2005, just over one year before plaintiffs filed suit against OxyChem, Oceana obtained hair samples from members of the Muscle Shoals community, including many of the named plaintiffs in the underlying *Riverside Texaco* case, and determined those community members' mercury levels.

5.      Oceana's final report on its mercury testing, made public in July of 2007, states it collected and analyzed hair from at least 59 individuals in the Muscle Shoals area.  It appears as though Oceana never informed the Muscle Shoals media of the results.  Instead, Oceana quietly published the results in a July 2007 report entitled "Mercury Levels in Hair of Coastal Alabama Anglers and Residents."  According to Oceana's report, the mean mercury level in Muscle

Shoals residents "next door" to OxyChem is 23 times lower than the mean for Mobile, Alabama residents; 9 times lower than the EPA's reference dose[1]; 6 times lower than the mean for Northern Gulf "Rodeo" participants; and almost 4 times lower than the mean for all females in the United States. (A true and accurate copy of the July, 2007 report is attached hereto as Exhibit D).

     6.    Oceana's hair sampling results are highly relevant evidence of the plaintiffs' exposure to mercury from OxyChem's plant, if any, and therefore are directly related to the allegations of the underlying lawsuit. This is particularly true given the fact that Oceana's hair sampling and analyses reflects that OxyChem's "neighbors" actually have less mercury in their bodies than the average American, a finding which directly rebuts plaintiffs' allegations of emotional distress and property diminution based on the alleged increased exposure to mercury due to their proximity to OxyChem.

     7.    Accordingly, on July 16, 2007, OxyChem served on Oceana a subpoena *duces tecum* requesting Oceana to produce certain documents in its possession relating to any mercury hair sampling, studies and/or analyses performed on residents of the Muscle Shoals community, or any other sampling, testing or analyses that Oceana might have performed in the Muscle Shoals area regarding the alleged presence of mercury. (A true and accurate copy of OxyChem's subpoena and proof of service are attached hereto as Exhibits E and F, respectively, and are incorporated herein by this reference.)

     8.    Although Oceana published a summary of the sampling results, OxyChem does not have access to the majority of relevant information in Oceana's sole custody and control. By

---

[1] According to Oceana's July 2007 report, a reference dose is the level in the human body that is reasonably expected to cause no harm and is protective of all people. [emphasis added] See Exhibit D, at pg. 3.

way of example, OxyChem is seeking Oceana's internal drafts, unpublished reports, sample results, sampling plans, sampling protocols, correspondences, emails, media outreach plans, internal notes relating to Oceana's mercury testing in the Muscle Shoals area, and individual sampling results.

9.     On August 2, 2007, Oceana responded to the subpoena by setting forth several objections and producing only generic, previously published information which did not fully comply with OxyChem's subpoena.  Specifically, Oceana objected to OxyChem's requested documents as (a) irrelevant to the *Riverside Texaco* case, (b) seeking protected, private or confidential material, (c) overly broad and not limited to the Muscle Shoals area, and (d) unduly burdensome.  (A true and accurate copy of Oceana's objections and responses is attached hereto as Exhibit G and is fully incorporated herein by this reference.)

10.     On October 16, 2007, in a good faith attempt to resolve the parties' dispute, counsel for OxyChem sent Oceana a letter explaining that all documents sought were limited to the Muscle Shoals plant/area and were directly related to the issues in the *Riverside Texaco* case (*e.g.*, plaintiffs' mercury exposure).  Additionally, assuming any documents were confidential and/or privileged, OxyChem asked Oceana, in compliance with Rule 45, to either produce redacted versions of any such documents or to produce a privilege log adequately describing any documents withheld.  (A true and accurate copy of OxyChem's Oct. 16, 2007 letter is attached hereto as Exhibit H and is incorporated herein by this reference.)

11.     Following this letter, on October 24, 2007, counsel for both parties engaged in a telephone conference to discuss the issues.  OxyChem provided Oceana with copies of Oceana's 2005 advertisement (Exhibit B) and the *Riverside Texaco* Amended Complaint (Exhibit A) in

support of its assertion that Oceana's activities and documents are directly related to the *Riverside Texaco* litigation.

12.     On October 30, 2007, counsel for Oceana sent OxyChem a letter stating it would not produce any additional information in response to the subpoena. Oceana reiterated its belief that the documents were not relevant to the *Riverside Texaco* litigation. (A true and accurate copy of Oceana's Oct. 30, 2007 letter is attached hereto as Exhibit I and incorporated herein by this reference.)

13.     On November 9, 2007, OxyChem responded to Oceana's October 30th letter. OxyChem disputed Oceana's position on relevancy and again explained how Oceana's Muscle Shoals file is relevant to the *Riverside Texaco* litigation. (A true and accurate copy of OxyChem's November 9, 2007 letter is attached hereto as Exhibit J and incorporated herein by this reference.)

14.     On November 14, 2007, Oceana responded to OxyChem's November 9th letter in which Oceana offered to produce redacted copies of sample results. Oceana did not offer to produce its file and/or other documents in its possession relating to its sampling and analysis in Muscle Shoals, as required by the subpoena. (A true and accurate copy of Oceana's November 14, 2007 letter is attached hereto as Exhibit K and incorporated herein by this reference.)

15.     Oceana continues to refuse to comply with the subpoena *duces tecum* served by OxyChem.

16.     The issues in the underlying *Riverside Texaco* litigation revolve around plaintiffs' exposure to mercury (if any) from OxyChem's plant. Plaintiffs claim mercury released from OxyChem's plant over a number of years has invaded their properties, thereby causing the diminution in value of their properties, their loss of use and enjoyment of their properties, and

their anxiety, mental anguish and/or emotional distress as a result of their exposure to mercury. Oceana has timely, relevant scientific evidence that many plaintiffs and/or members of the Muscle Shoals community are not exposed to mercury in any meaningful way. OxyChem cannot obtain this evidence from any other source. This discovery is essential to permit OxyChem to fully defend or otherwise respond to plaintiffs' allegations of mercury exposure and accordingly, OxyChem respectfully asks the Court for a prompt ruling on this motion.

WHEREFORE, for the reasons set forth above, Occidental Chemical Corporation respectfully requests that the Court issue an Order compelling Oceana, Inc. to comply with the July 16, 2007 subpoena *duces tecum* by producing all documents requested therein within ten (10) days of the entry of such Order.

Dated:  November 20, 2007

Respectfully submitted,

Marvin T. Griff
DC Bar No. 52-0959717
BLACKWELL SANDERS, LLP
750 17th Street, NW, Suite 1000
Washington, D.C.  20006
Telephone:  (202) 378-2311
Facsimile:  (202) 378-2319
mgriff@blackwellsanders.com

**Of Counsel:**

HUSCH & EPPENBERGER, LLC
Michael H. Wetmore, *pro hac vice*
William J. Curtis, *pro hac vice*
Robyn D. Buck, *pro hac vice*
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
Email: michael.wetmore@husch.com
Email: william.curtis@husch.com
Email: robyn.buck@husch.com

John K. Power, *pro hac vice*
1200 Main Street, Suite 2300
Kansas City, MO 64105
Telephone: (816) 421-4800
Facsimile: (816) 421-0596
Email: john.power@husch.com

AND

SELF, SMITH, BURDINE & KELLEY
Gilbert P. Self
Alabama Bar # ASB-0238-L68G
408 West Dr. Hicks Boulevard
Florence, Alabama 35630
Telephone: 256-767-2570
Fax: 256-767-2632
Email: gself333@comcast.net

*Attorneys for Defendant Occidental Chemical Corporation*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 20th day of November, 2007, served a copy of the foregoing on counsel for all parties in this proceeding by mailing the same by United States Mail, first-class postage prepaid to:


Rodney Glover, Esq.
Wiley Rein LLP
1776 K Street NW
Washington, DC  20006
Attorney for Oceana, Inc.

Jere L. Beasley, Esq.
Rhon E. Jones, Esq.
Alyce S. Robertson, Esq.
BEASLEY, ALLEN, CROW
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, AL  36103
Attorneys for Plaintiffs

Eric Bilsky, Esq.
Oceana, Inc.
2501 M Street NW, Suite 300
Washington, DC 20037
Attorney for Oceana, Inc.

R. Leland Lesley, Esq.
R. LELAND LESLEY, P.C.
2908 Crescent Avenue
Birmingham, AL 35209-2522
Attorney for Plaintiffs


_____
Marvin T. Griff
*Attorneys for Defendant*

# EXHIBIT A

FILED
2007 Sep-05  PM 04:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT
## NORTHWESTERN DIVISION

|  |  |
|---|---|
| RIVERSIDE TEXACO, GLADYS | ) |
| PULLEN, WILLIE JONES, | ) |
| CARLOS G. MCMULLINS, | ) |
| HAZEL I. COX, JAMES R. | ) |
| HARRIS, WALTER J. JACKSON, | ) |
| GEORGE ALEXANDER, JR., | ) |
| JOHN D. ALEXANDER, CAROLYN | ) |
| ALFORD, CYNTHIA Y. ALLEN, | ) |
| HERCHIAL ALLEN, CHARLES L. | ) |
| ANDERSON, CHARLES ANDREWS, | ) |
| BARBARA APPLEWHITE, CHARLES | ) |
| ANDREWS, GENE AYCOCK, | ) |
| AUDREY BAILEY, HIRMAN C. | ) |
| BAILEY, MARTIN BAILEY, JR., | ) |
| RUTHIE A. BAILEY, ROBERT E. | ) |
| BARBER, GRACE M. BATES, | ) |
| SHARON A. BAUGH, JAMES H. | ) |
| BEAN, RONALD R. BOWLING, | ) |
| SHERYLE Y. BRACY, JIMMY R. | ) |
| BRADFORD, BONNIE L. | ) |
| BURGESS, JR., BONNIE LEE | ) |
| BURGESS, SR., CHARLIE R. | ) |
| BURGESS, JOHNNY R. BURGESS, | ) |
| LARRY BURGESS, SR., PERRY C. | ) |
| BURGESS, SHIRLEY A. BURGESS, | ) |
| THOMAS L. BURGESS, DELORIS | ) |
| A. BURT, JENETT BURT, JENNIE | ) |
| BURT, MELVIN L. BURT, SR., | ) |
| SHERRY C. BURT, SHIRLEY BURT, | ) |
| THOMAS H. BURT, DELOIS CAL, | ) |
| CHARLEY F. CAMPBELL, LINDA | ) |
| CAPERTON, CHARLES L. CARTER, | ) |
| NENA K. CHAPMAN, SWANZETTA | ) |
| CHEATOM, BRENDA D. COBB, | ) |
| CHARLES L. COBB, JAMES E. | ) |
| COLE, SANDRA COOPER, | ) |
| JOHNNY M. COWAN, CLARA | ) |
| B. COWLEY, CURTIS CRAWLEY, | ) |
| MARION CRAWLEY, WILLIE | ) |
| JAMES CRAWLEY, NAZARENE | ) |
| T. DARROUGH, FRED | ) |
| DARTHARD, SR., JOYCE W. | ) |

Exhibit A

DAVIS, MARILYN G. DAVIS,                )
WALTER J. DAVIS, EDWARD                  )
B. DIXON, REJA O. DOSS,                  )
MILDRED E. EGGLESTON,                    )
ODESSA EGGLESTON, PERCY                  )
EGGLESTON, GEORGE W.                     )
FELTON, MYRTLE L. FIELDS,                )
FACHIA FILES, FIRST                      )
BAPTIST CHURCH OF SHOALS                 )
CITY, WILLIE L. FITZGERALD,              )
DORIS C. FLINT, BILLY H.                 )
FORD, BETTY FORT,                        )
CONCETTIA H. FORT, LILLIE                )
M. FORT, WILLIE J. FORT,                 )
JOSH FREEMAN, KATIE R.                   )
FREEMAN, TERRENCE                        )
FREEMAN, DAVID FUQUA,                    )
LEO FUQUA, WILLIE L.                     )
FUQUA, PAUL GHOLSTON,                    )
ROSIE GHOLSTON, WALTER                   )
L. GHOLSTON, ELIZABETH                   )
I. GOODE, GLENDA F.                      )
GOODE, DARLENE GOODLOE,                  )
MARVIN R. GOODLOE,                       )
YOLANDA GOODLOE, BRENDA                  )
E. GOODWIN, GEORGE                       )
GRANVILLE, GEORGE F.                     )
GREENHILL, EDNA HAMILTON,                )
ALMA HAMPTON, THOMAS                     )
L. HAMPTON, VIRGINIA                     )
HAMPTON, WALTER                          )
HAMPTON, THOMAS L.                       )
HANEY, MARY L. HARRIS,                   )
RUSSELL HARRIS, JOHN L.                  )
HAYES, ROMELIA C. HOGAN,                 )
LEO HOLLINGSWORTH, SR.,                  )
GWENDOLYN HOOD, ESTER                    )
HORRISON, DORIS L.                       )
HOWARD, LYDIA F.                         )
HOWARD, LEOTHA                           )
INGRAM, JR., HOLLIS ISBELL,              )
CRAIG JACKSON, JAMES L.                  )
JACKSON, JERITA JACKSON,                 )
WALTER JACKSON, JR.,                     )
ALBERT L. JARMON, CHARLES                )
JARMON, JANICE JARMON,                   )

2

SABRINA JARMON, VERONICA           )
JARMON, BARBARA JOHNSON,           )
GOVERNOR O. JOHNSON, JR.,          )
IRENE JOHNSON, LINDA M.            )
JOHNSON, WILLIE JOHNSON, JR.,      )
GARY D. JONES, JOHN JONES, JR.,    )
ROSIE L. JONES, RUBY E. JONES,     )
RUBY ELAINE JONES, WILLIE B.       )
JONES, PERCY L. KIMBROUGH,         )
DAVID KING, DEVON KING,            )
EMMITT KING, JR.,                  )
EMMITT KING, SR.,                  )
GLENDA W. KING, JANICE             )
H. KING, KENT KING, WILLIE         )
H. KING, DORIS KNOX,               )
MICHAEL W. LANDERS, GARY           )
K. LEDLOW, CAROL A. LESLEY,        )
DEAN LESLEY, DICKEY G. LESLEY,     )
WILLIAM R. LEWIS, KENNY D.         )
LILES, RHONDA LINDSEY,             )
JESSIE J. LITTLE, JOSEPH           )
LITTLE, SR., KATRINA LITTLE,       )
MARK LITTLE, WILLIE J.             )
LITTLE, SR., HENRY M.              )
LONG, SHERRY LONG,                 )
LILLIAN T. MARS, LORENE            )
MARTIN, MARION L. MARTIN,          )
MARY G. MASTIN, ANDREW             )
J. MAYES, JOHN R. MAYES,           )
MILDRED MAYES, ESTER               )
MCAFEE, ELIZABETH                  )
MCDANIEL, CHARLIE                  )
MCDUFFLE, JR., EMMA                )
MCGAHA, MARGARET                   )
MCNEECE, EDNA T.                   )
MCPHERSON, MICHAEL                 )
MEADE, SHIRLEY                     )
MEADOWS, SADELL                    )
MEREDITH, WESTON                   )
C. METCALF, MARION D.              )
MIMS, SABRINA MITCHELL,            )
SARAH W. MITCHELL,                 )
WANDA R. MITCHELL, JO              )
C. MONTGOMERY, ELLA                )
MOSS, GAIL W. MULLENS,             )
ISAIAH NELOMS, JR., ISAIAH         )

NELOMS, III, OTIS NELOMS,           )
PERCY L. NELOMS, SIMON              )
NELOMS, WILLIAM M.                  )
NELOMS, CLYDE W.                    )
NEWSOME, ROBERT                     )
NEWSOME, JR., TOWANDA               )
NIXON, GLORIA OLIVER,               )
MARIE OWEN, ANDREW                  )
PEARSALL, MATTIE PENN,              )
NATALIE B. PETERS,                  )
DOROTHY L. PHILLIPS,                )
EDWARD W. PHILLIPS, SCOTT           )
G. PHILLIPS, WILLIE PHILLIPS,       )
ZELA M. PHILLIPS, ROBERT            )
POELLNITZ, PATRICIA                 )
POUNDERS, HOWARD PRATT,             )
BOBBY A. PRUITT, EDGAR              )
E. PRUITT, KAREL PRUITT,            )
SHELIA PULLEN, MARIKO               )
REDCROSS, RILEY D. REELS,           )
MARY H. RICKS, RICHARD              )
RICKS, WILLIAM D. RICKS,            )
BEVERLY ROSS, JUDGE D.              )
ROYAL, MATTIE RUSSELL,              )
QUEEN E. RUTLAND, OLLIE             )
SANDERS, JR., VIRGINIA              )
K. SANDERS, LUGERTHA                )
SHARPLEY, BESSIE SMITH,             )
DORA B. SMITH, HORACE               )
J. SMITH, LARRY D. SMITH,           )
MARGARET SMITH, ROSA                )
SMITH, VINSON T. SMITH,             )
WILLIAM M. SMITH,                   )
ROBERT E. SPEEGLE,                  )
RICHARD C. STANLEY,                 )
KENNETH STOWE, LUCILLE              )
B. SUTTLE, PATRICIA G.              )
TERRY, LUCILLE P.                   )
THOMAS, ALONZO                      )
THOMPSON, ANEITHA                   )
THOMPSON, ANNIE P.                  )
THOMPSON, CECELIA                   )
THOMPSON, CLAIBORN                  )
B. THOMPSON, LEATHA                 )
A. THOMPSON, ROBERT                 )
E. THOMPSON, TAMMIE                 )

| | |
|---|---|
| **TIDWELL, DAYLE A.** | ) |
| **TURNER, NAZERY B.** | ) |
| **TURNER, CLAUDE B.** | ) |
| **VERNON, JR., CHARLES** | ) |
| **E. VESS, DONNA VINSON,** | ) |
| **GREG VINSON, NELLIE** | ) |
| **P. VINSON, HILDA B.** | ) |
| **WARREN, MILDRED W.** | ) |
| **WARREN, MINNIE L.** | ) |
| **WARREN, FRANK WATSON,** | ) |
| **DAVID WATTS, DEXTER B.** | ) |
| **WATTS, OSCAR O.** | ) |
| **WATTS, JR., OSCAR O.** | ) |
| **WATTS, III, MICHAEL** | ) |
| **WEAKLEY, OLLIE WEAVER,** | ) |
| **ROSIE L. WEST, PATSY WHITE,** | ) |
| **ANNIE R. WHITESIDE, CAROL** | ) |
| **A. WHITESIDE, EDDIE** | ) |
| **WHITESIDE, JAMES** | ) |
| **WHITESIDE, JR., TERILYN** | ) |
| **WHITESIDE, JOHN A.** | ) |
| **WILLIAMS, LULA M.** | ) |
| **WILLIAMS, RUTHIE P.** | ) |
| **WILLIAMS, AND RILEY L.** | ) |
| **YOUNG,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )     **Case No.  CV-07-J-0268-NW** |
| | ) |
| | ) |
| **OCCIDENTAL CHEMICAL,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## SECOND AMENDED COMPLAINT

### NATURE OF ACTION

This is a civil action seeking declaratory relief, injunctive relief, equitable relief, and compensatory and punitive damages for plaintiffs for personal injury, emotional distress, and property damage arising from the intentional, knowing, reckless, and negligent acts and

omissions of the defendant. As a direct and proximate result of the defendant's acts and/or omissions, the plaintiffs were exposed to contamination in the form of toxic and/or harmful substances. Also as a direct and proximate result of the defendant's acts and/or omissions, the plaintiffs' property was contaminated with toxic and/or other harmful substances. The contamination occurred in connection with Occidental Chemical Corporation's (OxyChem's) manufacturing, producing, processing, recycling, reusing, releasing, discharging, and/or disposing of mercury and other toxic and/or harmful substances at or otherwise attributable to OxyChem's Muscle Shoals Plant in Muscle Shoals, Alabama.

## JURISDICTION AND VENUE

This Court has jurisdiction over this action in accordance with 28 USC §1332 in that this action seeks monetary damages in excess of $75,000, exclusive of interest, costs and attorney's fees and is between citizens of different states. Venue is appropriate in this Court under 28 USC § 1391 in that a substantial part of the events or omissions giving rise to the claim occurred in Northern District of Alabama and the defendant is subject to personal jurisdiction in the Northern District.

## PARTIES

1.      Plaintiff Riverside Texaco, a division of Ed Taylor's Car Sales, Inc., a/k/a Ed Taylor's Car Sales, Inc. d/b/a Riverside Texaco is a business located in Colbert County, Alabama. Plaintiff's property is located near the OxyChem Muscle Shoals plant ("Muscle Shoals Plant" or "Plant") and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to

6

the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's property and have adversely affected it.

2.      Plaintiff Gladys Pullen is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant.  Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility.  Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

3.      Plaintiff Willie Jones is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility.  Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

4.      Plaintiff Carlos G. McMullins is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or

7

under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiffs' person and/or property and have adversely affected the Plaintiff and his property.

5.      Plaintiff Hazel I. Cox is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

6.      Plaintiff James R. Harris is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

7.      Plaintiff Walter J. Jackson is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

8

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

8.    Plaintiff George Alexander, Jr. is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

9.    Plaintiff John D. Alexander is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

10.    Plaintiff Carolyn Alford is a resident of Chattanooga, Tennessee and is over the age of nineteen (19) years. Plaintiff owns property located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle

9

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

11.     Plaintiff Cynthia Y. Allen is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

12.     Plaintiff Herchial Allen is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

13.     Plaintiff Charles L. Anderson is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant

10

and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

14.     Plaintiff Charles Andrews is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

15.     Plaintiff Barbara Applewhite is a resident of San Jose, California and is over the age of nineteen (19) years. Plaintiff owns property located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

16.    Plaintiff Charles Andrews is a resident of Colbert County, Alabama and is over

the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or

areas affected by contaminants originating from and/or otherwise attributable to the Muscle

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

the Plant's control related to OxyChem's operation of such facility. Those contaminants have

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff

and his property.

17.    Plaintiff Gene Aycock is a resident of Colbert County, Alabama and is over the

age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or

areas affected by contaminants originating from and/or otherwise attributable to the Muscle

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

the Plant's control related to OxyChem's operation of such facility. Those contaminants have

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff

and his property.

18.    Plaintiff Audrey Bailey is a resident of Stockbridge, Georgia and is over the age

of nineteen (19) years. Plaintiff owns property located near the Muscle Shoals Plant and/or areas

affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals

Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through

releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's

control related to OxyChem's operation of such facility.  Those contaminants have emanated

12

onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

19.     Plaintiff Hirman C. Bailey is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

20.     Plaintiff Martin Bailey, Jr. is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

21.     Plaintiff Ruthie A. Bailey is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

13

the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

22.     Plaintiff Robert E. Barber is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

23.     Plaintiff Grace M. Bates is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

24.     Plaintiff Sharon A. Baugh is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

14

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

25.     Plaintiff James H. Bean is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

26.     Plaintiff Ronald R. Bowling is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

27.     Plaintiff Sheryle Y. Bracy is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle

15

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

28.    Plaintiff Jimmy R. Bradford is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

29.    Plaintiff Bonnie L. Burgess, Jr. is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

30.    Plaintiff Bonnie Lee Burgess, Sr. is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant

and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

31.    Plaintiff Charlie R. Burgess is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

32.    Plaintiff Johnny R. Burgess is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

17

33.    Plaintiff Larry Burgess, Sr. is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility.  Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

34.    Plaintiff Perry C. Burgess is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility.  Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

35.    Plaintiff Shirley A. Burgess is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility.  Those contaminants have

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

36.    Plaintiff Thomas L. Burgess is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility.  Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

37.    Plaintiff Deloris A. Burt is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility.  Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

38.    Plaintiff Jenett Burt is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's

19

control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

39.    Plaintiff Jennie Burt is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

40.    Plaintiff Melvin L. Burt, Sr. is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility.  Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

41.    Plaintiff Sherry C. Burt is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

20

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

      42.    Plaintiff Shirley Burt is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

      43.    Plaintiff Thomas H. Burt is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

      44.    Plaintiff Delois Cal is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals

Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

45.    Plaintiff Charley F. Campbell is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

46.    Plaintiff Linda Caperton is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

47.    Plaintiff Charles L. Carter is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or

22

areas affected by contaminants originating from and/or otherwise attributable to the Muscle
Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant
through releases from the Plant and/or releases otherwise attributable to the Plant and/or under
the Plant's control related to OxyChem's operation of such facility. Those contaminants have
emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff
and his property.

  48. Plaintiff Nena K. Chapman is a resident of Colbert County, Alabama and is over
the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or
areas affected by contaminants originating from and/or otherwise attributable to the Muscle
Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant
through releases from the Plant and/or releases otherwise attributable to the Plant and/or under
the Plant's control related to OxyChem's operation of such facility. Those contaminants have
emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff
and her property.

  49. Plaintiff Swanzetta Cheatom is a resident of Colbert County, Alabama and is over
the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or
areas affected by contaminants originating from and/or otherwise attributable to the Muscle
Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant
through releases from the Plant and/or releases otherwise attributable to the Plant and/or under
the Plant's control related to OxyChem's operation of such facility. Those contaminants have
emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff
and her property.

50.     Plaintiff Brenda D. Cobb is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

51.     Plaintiff Charles L. Cobb is a resident of Washington, DC and is over the age of nineteen (19) years. Plaintiff owns property located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

52.     Plaintiff James E. Cole is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

53.    Plaintiff Sandra Cooper is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility.  Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

54.    Plaintiff Johnny M. Cowan is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility.  Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

55.    Plaintiff Clara B. Cowley is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

25

the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

56.    Plaintiff Curtis Crawley is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

57.    Plaintiff Marion Crawley is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

58.    Plaintiff Willie James Crawley is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals

26

Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

59.    Plaintiff Nazarene T. Darrough is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

60.    Plaintiff Fred Darthard, Sr. is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

61.    Plaintiff Joyce W. Davis is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle

27

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

62.    Plaintiff Marilyn G. Davis is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

63.    Plaintiff Walter J. Davis is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

64.    Plaintiff Edward B. Dixon is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or

areas affected by contaminants originating from and/or otherwise attributable to the Muscle

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

the Plant's control related to OxyChem's operation of such facility. Those contaminants have

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff

and his property.

65.     Plaintiff Reja O. Doss is a resident of Colbert County, Alabama and is over the

age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or

areas affected by contaminants originating from and/or otherwise attributable to the Muscle

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

the Plant's control related to OxyChem's operation of such facility. Those contaminants have

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff

and her property.

66.     Plaintiff Mildred E. Eggleston is a resident of Colbert County, Alabama and is

over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant

and/or areas affected by contaminants originating from and/or otherwise attributable to the

Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals

Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or

under the Plant's control related to OxyChem's operation of such facility. Those contaminants

have emanated onto/into Plaintiff's person and/or property and have adversely affected the

Plaintiff and her property.

67.    Plaintiff Odessa Eggleston is a resident of Colbert County, Alabama and is over

the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or

areas affected by contaminants originating from and/or otherwise attributable to the Muscle

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

the Plant's control related to OxyChem's operation of such facility.  Those contaminants have

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff

and her property.

68.    Plaintiff Percy Eggleston is a resident of Colbert County, Alabama and is over the

age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or

areas affected by contaminants originating from and/or otherwise attributable to the Muscle

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

the Plant's control related to OxyChem's operation of such facility.  Those contaminants have

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff

and his property.

69.    Plaintiff George W. Felton is a resident of Chicago, Illinois and is over the age of

nineteen (19) years. Plaintiff owns property located near the Muscle Shoals Plant and/or areas

affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals

Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through

releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's

control related to OxyChem's operation of such facility.  Those contaminants have emanated

30

onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

70.    Plaintiff Myrtle L. Fields is a resident of Waukegan, Illinois and is over the age of nineteen (19) years. Plaintiff owns property located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

71.    Plaintiff Fachia Files is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

72.    Plaintiff First Baptist Church of Shoals City is a non-profit business operating and providing ministerial services in Colbert County, Alabama. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the

31

Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and its property.

73.    Plaintiff Willie L. Fitzgerald is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

74.    Plaintiff Doris C. Flint is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

75.    Plaintiff Billy H. Ford is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

32

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

76.    Plaintiff Betty Fort is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

77.    Plaintiff Concettia H. Fort is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

78.    Plaintiff Lillie M. Fort is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle

33

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

79.    Plaintiff Willie J. Fort is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

80.    Plaintiff Josh Freeman is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

81.    Plaintiff Katie R. Freeman is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or

34

areas affected by contaminants originating from and/or otherwise attributable to the Muscle
Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant
through releases from the Plant and/or releases otherwise attributable to the Plant and/or under
the Plant's control related to OxyChem's operation of such facility. Those contaminants have
emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff
and her property.

      82.    Plaintiff Terrence Freeman is a resident of Colbert County, Alabama and is over
the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or
areas affected by contaminants originating from and/or otherwise attributable to the Muscle
Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant
through releases from the Plant and/or releases otherwise attributable to the Plant and/or under
the Plant's control related to OxyChem's operation of such facility. Those contaminants have
emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff
and his property.

      83.    Plaintiff David Fuqua is a resident of Colbert County, Alabama and is over the
age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or
areas affected by contaminants originating from and/or otherwise attributable to the Muscle
Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant
through releases from the Plant and/or releases otherwise attributable to the Plant and/or under
the Plant's control related to OxyChem's operation of such facility. Those contaminants have
emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff
and his property.

84.     Plaintiff Leo Fuqua is a resident of Colbert County, Alabama and is over the age
of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas
affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals
Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through
releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's
control related to OxyChem's operation of such facility. Those contaminants have emanated
onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his
property.

85.     Plaintiff Willie L. Fuqua is a resident of Colbert County, Alabama and is over the
age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or
areas affected by contaminants originating from and/or otherwise attributable to the Muscle
Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant
through releases from the Plant and/or releases otherwise attributable to the Plant and/or under
the Plant's control related to OxyChem's operation of such facility. Those contaminants have
emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff
and his property.

86.     Plaintiff Paul Gholston is a resident of Colbert County, Alabama and is over the
age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or
areas affected by contaminants originating from and/or otherwise attributable to the Muscle
Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant
through releases from the Plant and/or releases otherwise attributable to the Plant and/or under
the Plant's control related to OxyChem's operation of such facility. Those contaminants have

36

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

87.    Plaintiff Rosie Gholston is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

88.    Plaintiff Walter L. Gholston is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

89.    Plaintiff Elizabeth I. Goode is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

37

the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

90.    Plaintiff Glenda F. Goode is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

91.    Plaintiff Darlene Goodloe is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

92.    Plaintiff Marvin R. Goodloe is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

38

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

93.    Plaintiff Yolanda Goodloe is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

94.    Plaintiff Brenda E. Goodwin is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

95.    Plaintiff George Granville is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle

39

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

96.      Plaintiff George F. Greenhill is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

97.      Plaintiff Edna Hamilton is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

98.      Plaintiff Alma Hampton is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or

areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

99.    Plaintiff Thomas L. Hampton is a resident of Kansas City, Missouri and is over the age of nineteen (19) years. Plaintiff's owns property located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

100.    Plaintiff Virginia Hampton is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

101.    Plaintiff Walter Hampton is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

102.    Plaintiff Thomas L. Haney is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

103.    Plaintiff Mary L. Harris is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

104.    Plaintiff Russell Harris is a resident of Powell, Tennessee and is over the age of nineteen (19) years. Plaintiff owns property located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

105.    Plaintiff John L. Hayes is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

106.    Plaintiff Romelia C. Hogan is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

107.    Plaintiff Leo Hollingsworth, Sr. is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

108.    Plaintiff Gwendolyn Hood is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

109.    Plaintiff Ester Horrison is a resident of Lima, Ohio and is over the age of nineteen (19) years. Plaintiff's owns property located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from

44

the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

110.    Plaintiff Doris L. Howard is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

111.    Plaintiff Lydia F. Howard is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

112.    Plaintiff Leotha Ingram, Jr. is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

113.     Plaintiff Hollis Isbell is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

114.     Plaintiff Craig Jackson is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

115.     Plaintiff James L. Jackson is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle

46

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

116.    Plaintiff Jerita Jackson is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

117.    Plaintiff Walter Jackson, Jr. is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

118.    Plaintiff Albert L. Jarmon is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or

areas affected by contaminants originating from and/or otherwise attributable to the Muscle
Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant
through releases from the Plant and/or releases otherwise attributable to the Plant and/or under
the Plant's control related to OxyChem's operation of such facility. Those contaminants have
emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff
and his property

119.    Plaintiff Charles Jarmon is a resident of Colbert County, Alabama and is over the
age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or
areas affected by contaminants originating from and/or otherwise attributable to the Muscle
Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant
through releases from the Plant and/or releases otherwise attributable to the Plant and/or under
the Plant's control related to OxyChem's operation of such facility.  Those contaminants have
emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff
and his property.

120.    Plaintiff Janice Jarmon is a resident of Colbert County, Alabama and is over the
age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or
areas affected by contaminants originating from and/or otherwise attributable to the Muscle
Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant
through releases from the Plant and/or releases otherwise attributable to the Plant and/or under
the Plant's control related to OxyChem's operation of such facility.  Those contaminants have
emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff
and her property.

121.    Plaintiff Sabrina Jarmon is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

122.    Plaintiff Veronica Jarmon is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

123    Plaintiff Barbara Johnson is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have

49

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

124.    Plaintiff Governor O. Johnson, Jr. is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

125.    Plaintiff Irene Johnson is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

126.    Plaintiff Linda M. Johnson is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

50

the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

127.    Plaintiff Willie Johnson, Jr. is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

128.    Plaintiff Gary D. Jones is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

129.    Plaintiff John Jones, Jr. is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

51

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

130.    Plaintiff Rosie L. Jones is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

131.    Plaintiff Ruby E. Jones is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

132.    Plaintiff Ruby Elaine Jones is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle

52

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

133.    Plaintiff Willie B. Jones is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

134.    Plaintiff Percy L. Kimbrough is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

135.    Plaintiff David King is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas

53

affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

136.    Plaintiff Devon King is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

137.    Plaintiff Emmitt King, Jr. is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

138.    Plaintiff Emmitt King, Sr. is a resident of Colbert County, Alabama and is over

the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or

areas affected by contaminants originating from and/or otherwise attributable to the Muscle

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

the Plant's control related to OxyChem's operation of such facility. Those contaminants have

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff

and his property.

139.    Plaintiff Glenda W. King is a resident of Colbert County, Alabama and is over the

age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or

areas affected by contaminants originating from and/or otherwise attributable to the Muscle

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

the Plant's control related to OxyChem's operation of such facility. Those contaminants have

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff

and her property.

140.    Plaintiff Janice H. King is a resident of Colbert County, Alabama and is over the

age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or

areas affected by contaminants originating from and/or otherwise attributable to the Muscle

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

the Plant's control related to OxyChem's operation of such facility. Those contaminants have

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

141.    Plaintiff Kent King is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

142.    Plaintiff Willie H. King is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

143.    Plaintiff Doris Knox is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's

56

control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

144.   Plaintiff Michael W. Landers is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

145.   Plaintiff Gary K. Ledlow is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

146.   Plaintiff Carol A. Lesley is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

147.    Plaintiff Dean Lesley is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

148.    Plaintiff Dickey G. Lesley is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

149.    Plaintiff William R. Lewis is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

150.    Plaintiff Kenny D. Liles is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

151.    Plaintiff Rhonda Lindsey is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

152.    Plaintiff Jessie J. Little is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or

areas affected by contaminants originating from and/or otherwise attributable to the Muscle
Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant
through releases from the Plant and/or releases otherwise attributable to the Plant and/or under
the Plant's control related to OxyChem's operation of such facility. Those contaminants have
emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff
and his property.

153.    Plaintiff Joseph Little, Sr. is a resident of Colbert County, Alabama and is over
the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or
areas affected by contaminants originating from and/or otherwise attributable to the Muscle
Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant
through releases from the Plant and/or releases otherwise attributable to the Plant and/or under
the Plant's control related to OxyChem's operation of such facility. Those contaminants have
emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff
and his property.

154.    Plaintiff Katrina Little is a resident of Colbert County, Alabama and is over the
age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or
areas affected by contaminants originating from and/or otherwise attributable to the Muscle
Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant
through releases from the Plant and/or releases otherwise attributable to the Plant and/or under
the Plant's control related to OxyChem's operation of such facility. Those contaminants have
emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff
and her property.

155.    Plaintiff Mark Little is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

156.    Plaintiff Willie J. Little, Sr. is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

157.    Plaintiff Henry M. Long is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

158.    Plaintiff Sherry Long is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

159.    Plaintiff Lillian T. Mars is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

160.    Plaintiff Lorene Martin is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

62

the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

161.    Plaintiff Marion L. Martin is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

162.    Plaintiff Mary G. Mastin is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

163.    Plaintiff Andrew J. Mayes is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

63

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

164.    Plaintiff John R. Mayes is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

165.    Plaintiff Mildred Mayes is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

166.    Plaintiff Ester McAfee is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle

64

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

167.   Plaintiff Elizabeth McDaniel is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

168.   Plaintiff Charlie McDuffie, Jr. is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

169.   Plaintiff Emma McGaha is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or

areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

170.    Plaintiff Margaret McNeece is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

171.    Plaintiff Edna T. McPherson is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

172.    Plaintiff Michael Meade is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility.  Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

173.    Plaintiff Shirley Meadows is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility.  Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

174.    Plaintiff Sadell Meredith is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility.  Those contaminants have

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

175.    Plaintiff Weston C. Metcalf is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

176.    Plaintiff Marion D. Mims is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

177.    Plaintiff Sabrina Mitchell is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

68

the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

178.    Plaintiff Sarah W. Mitchell is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

179.    Plaintiff Wanda R. Mitchell is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

180.    Plaintiff Jo C. Montgomery is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

69

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

181.    Plaintiff Ella Moss is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

182.    Plaintiff Gail W. Mullens is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

183.    Plaintiff Isaiah Neloms, Jr. is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle

70

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

184.    Plaintiff Isaiah Neloms, III is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

185.    Plaintiff Otis Neloms is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

186.    Plaintiff Percy L. Neloms is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or

areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

187.    Plaintiff Simon Neloms is a resident of Saginaw, Michigan and is over the age of nineteen (19) years. Plaintiff owns property located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

188.    Plaintiff William M. Neloms is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

189.    Plaintiff Clyde W. Newsome is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

190.    Plaintiff Robert Newsome, Jr. is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

191.    Plaintiff Towanda Nixon is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have

73

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

192.    Plaintiff Gloria Oliver is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

193.    Plaintiff Marie Owen is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

194.    Plaintiff Andrew Pearsall is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

74

the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

195.   Plaintiff Mattie Penn is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

196.   Plaintiff Natalie B. Peters is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

197.   Plaintiff Dorothy L. Phillips is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

198.   Plaintiff Edward W. Phillips is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

199.   Plaintiff Scott G. Phillips is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

200.   Plaintiff Willie Phillips is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

201.   Plaintiff Zela M. Phillips is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

202.   Plaintiff Robert Poellnitz is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

203.   Plaintiff Patricia Pounders is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or

areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

204.    Plaintiff Howard Pratt is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

205.    Plaintiff Bobby A. Pruitt is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

206.    Plaintiff Edgar E. Pruitt is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

207.    Plaintiff Karel Pruitt is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

208.    Plaintiff Sheila Pullen is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

209.    Plaintiff Mariko Redcross is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility.  Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

210.    Plaintiff Riley D. Reels is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility.  Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

211.    Plaintiff Mary H. Ricks is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

212.    Plaintiff Richard Ricks is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

213.    Plaintiff William D. Ricks is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

214.    Plaintiff Beverly Ross is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

215.    Plaintiff Judge D. Royal is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

216.    Plaintiff Mattie Russell is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

217.    Plaintiff Queen E. Rutland is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

218.    Plaintiff Ollie Sanders, Jr. is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

219.    Plaintiff Virginia K. Sanders is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

220.    Plaintiff Lugertha Sharpley is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or

areas affected by contaminants originating from and/or otherwise attributable to the Muscle

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

the Plant's control related to OxyChem's operation of such facility. Those contaminants have

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff

and her property.

    221.    Plaintiff Bessie Smith is a resident of Colbert County, Alabama and is over the

age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or

areas affected by contaminants originating from and/or otherwise attributable to the Muscle

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

the Plant's control related to OxyChem's operation of such facility. Those contaminants have

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff

and her property.

    222.    Plaintiff Dora B. Smith is a resident of Colbert County, Alabama and is over the

age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or

areas affected by contaminants originating from and/or otherwise attributable to the Muscle

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

the Plant's control related to OxyChem's operation of such facility. Those contaminants have

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff

and her property.

223.    Plaintiff Horace J. Smith is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

224.    Plaintiff Larry D. Smith is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

225.    Plaintiff Margaret Smith is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have

85

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

226.    Plaintiff Rosa Smith is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

227.    Plaintiff Vinson T. Smith is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

228.    Plaintiff William M. Smith is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

86

the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

229.    Plaintiff Robert E. Speegle is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

230.    Plaintiff Richard C. Stanely is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

231.    Plaintiff Kenneth Stowe is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

232.    Plaintiff Lucille B. Suttle is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

233.    Plaintiff Patricia G. Terry is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

234.    Plaintiff Lucille P. Thomas is a resident of Los Angeles, California and is over the age of nineteen (19) years. Plaintiff owns property located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle

88

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

235.    Plaintiff Alonzo Thompson is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

236.    Plaintiff Aneitha Thompson is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

237.    Plaintiff Annie P. Thompson is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or

areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

238.    Plaintiff Cecelia Thompson is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

239.    Plaintiff Claiborn B. Thompson is a resident of Columbus, Georgia and is over the age of nineteen (19) years. Plaintiff owns property located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

240.    Plaintiff Leatha A. Thompson is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

241.    Plaintiff Robert E. Thompson is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

242.    Plaintiff Tammie Tidwell is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have

91

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

243.    Plaintiff Dayle A. Turner is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

244.    Plaintiff Nazery B. Turner is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

245.    Plaintiff Claude B. Vernon, Jr. is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or

under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

246.    Plaintiff Charles E. Vess is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

247.    Plaintiff Donna Vinson is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

248.    Plaintiff Greg Vinson is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant

93

through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

249.    Plaintiff Nellie P. Vinson is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

250.    Plaintiff Hilda B. Warren is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

251.    Plaintiff Mildred W. Warren is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle

94

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

252.    Plaintiff Minnie L. Warren is a resident of Gary, Indiana and is over the age of nineteen (19) years. Plaintiff owns property located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

253.    Plaintiff Frank Watson is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

254.    Plaintiff David Watts is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas

affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

255.    Plaintiff Dexter B. Watts is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

256.    Plaintiff Oscar O. Watts, Jr. is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

257.    Plaintiff Oscar O. Watts, III is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility.  Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

258.    Plaintiff Michael Weakley is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility.  Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

259.    Plaintiff Ollie Weaver is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility.  Those contaminants have

emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

260.    Plaintiff Rosie L. West is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility.  Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

261.    Plaintiff Patsy White is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility.  Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

262.    Plaintiff Annie R. Whiteside is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under

the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

263.    Plaintiff Carol A. Whiteside is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

264.    Plaintiff Eddie Whiteside is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property

265.    Plaintiff James Whiteside, Jr. is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals

Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

266.    Plaintiff Terilyn Whiteside is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

267.    Plaintiff John A. Williams is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

268.    Plaintiff Lula M. Williams is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle

100

Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

269.   Plaintiff Ruthie P. Williams is a resident of Los Angeles, California and is over the age of nineteen (19) years. Plaintiff owns property located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and her property.

270.   Plaintiff Riley L. Young is a resident of Colbert County, Alabama and is over the age of nineteen (19) years. Plaintiff's property is located near the Muscle Shoals Plant and/or areas affected by contaminants originating from and/or otherwise attributable to the Muscle Shoals Plant. Toxic and/or harmful substances have emanated from the Muscle Shoals Plant through releases from the Plant and/or releases otherwise attributable to the Plant and/or under the Plant's control related to OxyChem's operation of such facility. Those contaminants have emanated onto/into Plaintiff's person and/or property and have adversely affected the Plaintiff and his property.

271.   Defendant Occidental Chemical Corporation ("OxyChem") is organized and incorporated in the State of New York. Its principal place of business is in Dallas, Texas.

101

OxyChem owns and operates a chemical manufacturing plant on Wilson Dam Road in Muscle Shoals, Colbert County Alabama, and is registered and authorized to do business in the State of Alabama.

## FACTUAL ALLEGATIONS

272.    OxyChem owns and operates a mercury cell chlor-alkali plant in Muscle Shoals, Alabama.  Upon information and belief, the Muscle Shoals chlor-alkali facility produces chlorine, potassium hydroxide, potassium carbonate, potassium bicarbonate, hydrogen gas, and prior to 1992, caustic soda (sodium hydroxide).

273.    The chlor-alkali process involves the electrolytic decomposition of brine (water saturated with salt) in an electrolytic cell in which mercury serves as the cathode and carbon as the anode.

274.    The Muscle Shoals Plant is the only mercury cell chlor-alkali plant still in operation in Alabama, and it is one of only nine still in operation in the United States. These nine plants released a total of 38 tons of mercury in 2003. Mercury-free technology for the production of chlorine and other chemicals has been available for many years.

275.    In 2003, the Muscle Shoals Plant released a minimum of 1,757 pounds of mercury.  The Plant released at least 1,067 pounds of mercury through fugitive air emissions and at least one pound through point source (stack) air emissions. The Plant also discharged at least 4 pounds of mercury through surface water, and disposed of another 684 pounds of mercury off site.

276.    In 2004, the Muscle Shoals Plant released a minimum of 1,683 pounds of mercury.  The Plant released at least 1,073 pounds of mercury through fugitive air emissions and at least one pound through point source (stack) air emissions. The Plant also discharged at least 3

102

pounds of mercury through surface water, and disposed of another 606 pounds of mercury off site.

277.   The amount of mercury that the Muscle Shoals Plant has attributed to fugitive air emissions is based entirely on OxyChem's internal "estimates". "Fugitive" emissions are non-stack emissions that evaporate during routine operations and escape through unmonitored ventilation systems and other leaks.

278.   The Muscle Shoals Plant has been in operation since at least 1955, although OxyChem's ownership began in 1986, when it purchased the plant from Diamond Shamrock. Upon information and belief, toxic and/or harmful substances have been discharged continuously by the Defendant since the date when they acquired the Plant.

279.   As of 2004, OxyChem's Muscle Shoals plant was the largest single source for mercury air emissions in Alabama

280.   Mercury is a highly toxic metal, and acts as a neurotoxin in the body.

281.   Mercury is bioaccumulative. Exposure to mercury in adults may cause decreased fertility, blood pressure problems, memory loss, tremors, vision loss, and numbness of the fingers and toes. It is also suspected of causing heart disease. In pregnant women, mercury exposure may create a risk for the developing fetus. In children, high levels of mercury exposure may cause mental retardation, cerebral palsy, deafness, and blindness, and lower levels of mercury exposure may cause problems with fine motor skills and attention span, in addition to developmental delays.

282.   As of May 2003, OxyChem had two reported groundwater contaminant plumes. An April 2003 sampling event revealed the groundwater plumes under the Plant exceeded the Maximum Contaminant Level of 2 $\mu$g/L with a maximum concentration on site of 241 $\mu$g/L. The

Muscle Shoals Plant discharges mercury through its wastewater and disposes of mercury into storage facilities and waste piles.

283.    In 2003, it was reported that mercury levels had impacted the fish in nearby Pond Creek.

284.    In 2000, it was also reported to ADEM that analysis of OxyChem's 55,000 gallon scrubber solution treatment tank revealed levels of chromium, arsenic, and mercury above the drinking water standards.

285.    Upon information and belief, housekeeping and maintenance practices at the Muscle Shoals Plant contributing to the release of contaminants have included corroded storage drums, pumps leaking onto unprotected ground surfaces, and pouring spent solvents onto unprotected ground surfaces.

286.    As a direct and proximate result of the wrongful acts and omissions by the Defendant in contaminating the air, land, and water in the vicinity of their Muscle Shoals, Alabama, plant, the Plaintiffs have suffered and will continue to suffer damages, including, without limitation, the following:

(a)    Damage to real property that has been ruined or rendered less valuable as a result of the contamination;

(b)    Damages the Plaintiffs will have to incur as costs for remediation of the contamination on their real property; and

(c)    Damages the individual Plaintiffs have sustained, and will continue to suffer, for personal injury to include emotional distress, anxiety, mental anguish and worry over the wrongful actions by Defendant which bring harm and interrupts their full use and peaceful enjoyment of their property.

104

## COUNT ONE
## NEGLIGENCE

287.   Plaintiffs repeat and reallege all prior allegations of this Complaint.

288.   At all relevant times, Defendant had a duty to conduct its manufacturing operations at the Muscle Shoals Plant in such a manner as to prevent the exposure of the Plaintiffs and their property to contaminants in the form of toxic and/or harmful substances.

289.   The Defendant breached its duty of care by operating and managing the Plant in such a manner as to negligently cause, permit, and/or allow the continuing release of toxic and/or harmful substances onto/into the property of Plaintiffs and/or failing to take timely, adequate, reasonable and sufficient steps to prevent the release or further release of toxic substances onto/into the property of Plaintiffs.

290.   The Defendant's negligent acts and omissions proximately caused and continue to proximately cause damage to Plaintiffs in the form of property damage and the creation of conditions that are harmful to human health and the environment.

291.   At all relevant times, Defendant knew or should have known that their manufacturing process was contaminating the surrounding property and air with toxic substances and that such toxic substances would eventually enter Plaintiffs' properties.

292.   As a direct and proximate result of the acts and omissions of Defendant: A). Plaintiffs have lost the beneficial use, enjoyment, and exclusive possession of their property; B). Plaintiffs' properties have declined in value and continue to decline in value as a result of the contamination; and C). Plaintiffs have sustained and will continue to sustain property damage, economic loss, and personal injury to include emotional distress, anxiety, mental anguish, and worry over the wrongful actions by Defendant.

105

## COUNT TWO
## GROSS NEGLIGENCE, WANTONNESS

293.    Plaintiffs repeat and reallege all prior allegations of this Complaint.

294.    The Defendant has known of and consciously disregarded the hazards of mercury and other toxic and/or harmful substances and the hazards of the discharge, release, and/or disposal of mercury and other toxic chemicals into the air, the surface, subsurface areas, surface water, and groundwater around the Muscle Shoals area.

295.    The Defendant consciously and deliberately caused, permitted, and/or allowed the release of mercury and other toxic and/or harmful substances into the environment and onto the property of the Plaintiffs with the full understanding of the dangers of mercury and other toxic substances to the Plaintiffs.

296.    With superior knowledge of said dangers, the Defendant had a duty of disclosure and violated this duty, which conduct constitutes gross negligence and/or wantonness that has been and continues to be a direct and proximate cause and/or contributing cause of the damages sustained by the Plaintiffs.

297.    The acts of Defendant are intentional, willful, wanton, reckless, illegal, and done with conscious and deliberate disregard for the property, safety, and rights of Plaintiffs.. The conduct of the Defendant also constitutes a pattern and practice of wrongful conduct which was committed with actual malice. As a result of these acts of the Defendant, the Plaintiffs are entitled to punitive damages.

## COUNT THREE
## TRESPASS

298.    Plaintiffs repeat and reallege all prior allegations of this Complaint.

299.    Defendant's intentional acts and omissions have resulted and continue to result in the direct physical invasion of Plaintiffs' properties by toxic and/or harmful substances contaminating their properties and the surrounding surface and subsurface areas.

300.    As a direct and proximate result of the acts and omissions of Defendant A). Plaintiffs have lost the beneficial use, enjoyment, and exclusive possession of their property; B). Plaintiffs' properties have declined in value and continue to decline in value as a result of the contamination; and C). Plaintiffs have sustained and will continue to sustain property damage, economic loss, and personal injury to include emotional distress, anxiety, mental anguish, and worry over the wrongful actions by Defendant.

## COUNT FOUR

### NUISANCE

301.    Plaintiffs repeat and reallege all prior allegations of this Complaint.

302.    Defendant's acts and omissions with respect to the releases of toxic and/or harmful substances have caused and continue to cause a material, substantial, and unreasonable interference with Plaintiffs' use and enjoyment of their properties and has materially diminished and continues to diminish the value of such properties.

303.    Defendant's material, substantial, and unreasonable interference with the use and enjoyment of Plaintiffs' properties and continuing material, substantial, and unreasonable interference with such use and enjoyment constitutes a continuing private nuisance.

304.    Defendant's creation and continuing creation of a private nuisance proximately caused and continues to proximately cause damage to Plaintiffs in the form of personal injury, emotional distress, and property damage.

305.  As a direct and proximate result of the acts and omissions of Defendant: 1) Plaintiffs have lost the beneficial use, enjoyment, and exclusive possession of their property; 2) Plaintiffs' properties have declined in value and continue to decline in value as a result of the contamination; and 3) Plaintiffs have sustained and will continue to sustain property damage, economic loss, and personal injury to include emotional distress, anxiety, mental anguish, and worry over the wrongful actions by Defendant.

## COUNT FIVE

### STRICT LIABILTY

306.  Plaintiffs repeat and reallege all prior allegations of this Complaint.

307.  At all relevant times, the Defendant has deliberately engaged in an abnormally dangerous activity by generating, discharging, transporting, or allowing the discharge of toxic and/or harmful substances and/or concealing knowledge of same.

308.  As a direct and proximate result of the acts and omissions of the Defendant: A). Plaintiff have lost the beneficial use, enjoyment, and exclusive possession of their property; B). Plaintiffs' properties have declined in value and continue to decline in value as a result of the contamination; and C). Plaintiffs have sustained and will continue to sustain property damage, economic loss, and personal injury to include emotional distress, anxiety, mental anguish, and worry over the wrongful actions by Defendant.

## COUNT SIX

### INJUNCTIVE RELIEF

309.  Plaintiffs repeat and reallege all prior allegations of this Complaint.

310.    The wrongful acts and conduct of the Defendant as alleged herein have caused, and will continue to cause, irreparable harm to the Plaintiffs for which there is no adequate remedy other than a permanent injunction prohibiting such conduct by the Defendant. The Plaintiffs respectfully ask this Court to enter an Order awarding them permanent and mandatory injunctive relief, including remediation and abatement of contamination, and requiring that Defendant refrain from the negligent, willful, wanton and illegal dispersing of toxic and other harmful substances onto their property.

311.    Defendant is strictly liable for the above damage which resulted directly from their engaging in an abnormally dangerous activity.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiffs demand judgment against the Defendant for compensatory and punitive damages in excess of $5,000,000.00, injunctive relief, interest, attorneys' fees, costs and such other relief that Plaintiffs may be justly entitled to receive.

## JURY DEMAND

Plaintiffs and demand a trial by jury on all issues herein stated.

Respectfully submitted,

___s/Alyce S. Robertson_____
Jere L. Beasley (BEA020)
Rhon E. Jones (JON093)
David B. Byrne (BYR013)
Alyce S. Robertson (ROB102)

Of Counsel:

Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.
218 Commerce Street

109

P.O. Box 4160
Montgomery, AL  36103
334-269-2343
334-954-7555 (fax)

Lee Lesley
R. Leland Lesley, P.C.
2908 Crescent Avenue
Birmingham, Alabama 35209
(205) 870-1986

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> either by virtue of electronic filing or by placing a copy of same in the United States Mail, first class, postage prepaid, a true and correct copy of the above and foregoing document on this the <u>30th</u> day of August, 2007.

Michael K. Alston
HUSCH & EPPENBERGER, L.L.C.
736 Georgia Avenue, Suite 300
Chattanooga, Tennessee 37402

Michael H. Wetmore
William J. Curtis
Arthur Smith
Robyn D. Buck
HUSCH & EPPENBERGER, L.L.C.
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105

John K. Power
HUSCH & EPPENBERGER, L.L.C.
1200 Main Street, Suite 2300
Kansas City, Missouri 64105


                                        s/Alyce Robertson
                                        Of Counsel

111

# EXHIBIT B

# GOT MERCURY?

Did you know your neighbor, OxyChem, is the #1 source of mercury released to the air in Alabama?

And it's right next door.

According to an EPA scientist, 1 in 6 women have enough mercury in them to pose health risks to their developing child**...do you?**

### Find Out – Get Tested.

Oceana and the Shoals Environmental Alliance will offer free mercury tests to area residents on Wednesday, December 14th, from 5:00-7:00pm at the Florence-Lauderdale Public Library, located at 350 N. Wood Ave., Florence, AL 35630. Kids are welcome.

For more information, please contact Dawn at 1-877-7-OCEANA Ext. 954



OCEANA | Protecting The World's Oceans

Exhibit B

# EXHIBIT C

This is a printer friendly version of an article from www.TimesDaily.com
If the print dialogue does not appear automatically open the file menu and choose Print.

Back

---

Article published Dec 15, 2005

## Group wants spotlight on mercury
**Environmental organization snips hair, focuses on process used by Occidental**

By Dennis Sherer
Staff Writer

FLORENCE -- The environmental group Oceana was in the Shoals on Wednesday to voice concerns about an industry it calls a problematic polluter.

The Washington-based, international environmental organization took hair clippings from residents to be tested for mercury contamination.

The testing is part of the marine conservation group's efforts to draw attention to Occidental Chemical's Muscle Shoals plant, which uses mercury to produce chlorine and related chemicals.

"It's the leading mercury polluter in the state of Alabama," said Dawn Winalski, campaign projects manager for Oceana.

Oceana, which bills itself as protector of the world's oceans, hopes to convince Occidental officials to abandon the manufacturing processes involving mercury. Winalski said it's one of nine chlorine plants in the country that still uses the mercury-based process.

"It's old and outdated technology," she said. "There's new technology that exists-that you don't have to use mercury to make chlorine."

Oceana contends pollution from the plants is a major contributor to mercury contamination of seafood.

In the process, an electrical charge passes through salty water in vats of mercury to produce chlorine and related chemicals.

Occidental officials contend the mercury process used at the Muscle Shoals plant is vital to being able to manufacture the high-grade chemicals demanded by its customers.

Results of Wednesday's tests will be available in about two months. If tests are positive for mercury, Winalski said it will be impossible to know if the contamination was from the chemical plant or other sources such as eating contaminated seafood.

Regardless of the test results, Winalski is hopeful the effort will increase awareness of mercury the Muscle Shoals plant releases into the environment.

Plant manager David Ryskoski defends the facility and said it meets or exceeds all state and federal regulations for mercury emissions.

Rykoski said the plant has been honored repeatedly by the Alabama Department of Environmental Management for pollution prevention and has been tabbed by the Occupational Health and Safety Administration as one of the safest manufacturing facilities in America.

The Alabama Department of Public Health has no advisories against eating fish from the Tennessee River in the Shoals because of mercury contamination, including the portion downstream of the OxyChem plant.

Winalski was impressed with Wednesday's crowd.

"This is incredible. It shows people in the community are concerned about mercury," she said.

More than 20 people were waiting to be tested when Oceana began collecting hair samples. The testing was co-sponsored by the Shoals Environmental Alliance

Joy Brown, of Tuscumbia, and her children, Will, 6, and Tuesday Ann, 1, were among the first to be tested.

"We're just concerned about mercury in general and how much is in our bodies," Joy Brown said.

Dennis Sherer can be reached at 740-5746 or dennis.sherer@timesdaily.com.


Exhibit C



Kim Warner, with Oceana, cuts a sample of hair from Ona Mayfield, of Leighton, at the Florence-Lauderdale Public Library on Wednesday to test for mercury.
**DANIEL GILES/TimesDaily**

Related

Chemical plant target of class action lawsuit (January, 19, 07)

# EXHIBIT D



# MERCURY LEVELS IN HAIR OF COASTAL ALABAMA ANGLERS AND RESIDENTS

Kimberly Warner
July 2007

## INTRODUCTION

Mercury is a potent neurotoxin that accumulates in fish and fish consumption is the primary source of mercury exposure for most people. Large predatory fish, often prized recreational catches, generally accumulate the most mercury. While federal and state agencies advise anglers and sensitive consumers about which fish to avoid or eat less frequently, anglers are still considered to be on the front lines of the mercury issue, as they consume above average amounts of fish.

Previous testing by Oceana at the 2005 Alabama Deep Sea Fishing Rodeo found that some popular sport fish, such as ling (cobia), Spanish mackerel, amberjack, and blackfin tuna, as well as king mackerel, had elevated mercury levels.[1] However, only king mackerel presently carries a fish advisory in coastal Alabama. Rodeo participants that year also reported levels of seafood consumption higher than the national average.

Returning to the Alabama Deep Sea Fishing Rodeo in 2006, Oceana offered free mercury hair testing to anglers, their families, and others and conducted a survey of fish and shellfish consumption. The goal was to provide confidential information on personal mercury levels to those interested and to help characterize mercury exposure in Gulf anglers and residents.

### MAJOR FINDINGS

>> Rodeo participants eat about three times more seafood than the national average.

>> Mercury levels in women tested at the Rodeo were double the national average.

>> Median mercury levels in this coastal survey were four times greater than in northern Alabama.

>> One of every three anglers tested had hair mercury levels above the EPA reference level.

>> Mercury levels in hair were tied to the rate of fish consumption and the mercury levels in fish.

>> Nearly one in four participants reported one or more symptom of mercury toxicity.

*Rodeo participants eat about three times more seafood than the national average.* Those surveyed eat about 15 oz/week (55g/d), which is roughly 3-4 times estimated national averages (13-20 g/d).[2] Since they eat more seafood than average, anglers might be expected to have higher mercury exposure as well. However, this study shows that, by choosing low mercury fish, an angler could have a very high consumption rate, while maintaining mercury levels below EPA's reference dose.

*Mercury levels in the women tested at the Rodeo were double the national average for women.* While hair levels in females were much lower than those in males tested, the mean female level (0.39 ppm) was still double the national mean for women of childbearing age (0.20 ppm).[3] In addition, 10% of the women tested had mercury levels high enough to exceed the EPA reference dose, which is on par with national rates. This EPA reference dose for methylmercury in hair, 1 ppm, refers to the methylmercury level in the human body that is reasonably expected to cause no harm and is protective of all people.

*Median mercury levels in this coastal survey were four times greater than in northern Alabama.* The median mercury level measured at the Rodeo was four times higher than the median in northern Alabama, where Oceana testing in 2005 found no hair mercury levels above 1 ppm. Those in northern Alabama consumed less fish on average, about one third less than those at the Rodeo, and they generally ate low mercury fish such as catfish, salmon, and cod. This is consistent with a recent analysis of the latest government data on blood mercury levels in women of child bearing age in the United States which found that those residing in coastal counties had higher levels in mercury than inland residents.[4]

OCEANA000234

Exhibit D

*One of every three anglers tested had hair mercury levels above the EPA reference level.* In this study, mercury levels ranged from 0.02 to 4.05 ppm, with the average level for rodeo anglers near the EPA reference dose at 0.93 ppm. Over one in three (37%) Rodeo anglers tested exceeded the EPA reference level. The angler with the highest level of mercury in his hair (4 ppm) listed Spanish and king mackerel as his most frequently consumed fish, both of which are high in mercury.

*Mercury levels in hair were tied to the rate of fish consumption and the mercury levels in fish.* Mercury levels in hair were tied to the number of fish, but not shellfish, servings per month. On average, the more fish people ate per month, the higher their mercury level. But this finding was variable. For example, people who said they ate eight or more servings of fish per month, (the highest amount listed in this survey), had hair mercury levels that ranged from 0.09 to greater than 4.0 ppm. Those with the lowest levels generally consumed low mercury fish, such as flounder and catfish. Those with the higher levels generally consumed higher mercury fish, like king mackerel and grouper. This shows that anglers and their families can keep their mercury exposure low, while eating lots of their catch, so long as they limit high mercury fish and choose lower mercury fish, as outlined in "What's on the Hook?," Oceana's fish testing report.

*Nearly one in four participants reported one or more symptom of mercury toxicity.* Fifteen participants (23%) reported one or more symptoms of mercury toxicity listed on the survey. Numbness or tingling in extremities, memory problems, and headache, were the most reported symptoms. Three participants had been told by their doctors that they had a problem with their nervous system. While it is not possible to attribute these symptoms specifically to their mercury levels without further study, as a group, these are some of the frequently reported symptoms of mercury's toxic effects.

## IMPLICATIONS FOR ANGLERS AND THEIR FAMILIES

Research on the effects of mercury suggests there is good reason to limit exposure. For women of child-bearing age, mercury can be passed on to a developing fetus at its most sensitive stage posing neurological risks to the child. For children, mercury can affect the development of the nervous system. For adult men, there is emerging evidence that elevated mercury levels (hair mercury greater than 2 ppm) may cause an increased risk of cardiovascular disease.[5] While older adults are urged to eat more fish in order to protect against heart disease (e.g. American Heart Association recommendations), research also suggests that high mercury levels in some fish may counteract some of the heart protective benefits.[6]

Fortunately there is a wide variety of fish available in the Gulf and many species are lower in mercury, as outlined in "What's on the Hook?", Oceana's fish testing report. Anyone concerned about their mercury level should talk to their doctor and follow his or her recommendation. Anglers and others who want to lower their level of mercury may choose to eat fish lower in mercury and avoid or limit those that are higher in mercury.

For full report and analysis see: http://www.oceana.org/fileadmin/oceana/uploads/mercury/Rodeo_Hair_Report_Final.pdf

References:
[1]Warner K. and S. Savitz. 2006. "What's on the Hook? Mercury Levels and Fish Consumption Surveyed at a Gulf of Mexico Fishing Rodeo" Oceana, Washington, DC

[2]National Marine Fisheries Service 2007, Fisheries of the United States, 2006. Page 74, Per Capita Consumption. Silver Spring, MD: National Ocean and Atmospheric Administration. US Environmental Protection Agency 2002 Estimated per capita fish consumption in the United States. EPA/821/C-02/003. Office of Water, Washington, DC

[3]McDowell, M.A., C.F. Dillon, J. Osterloh, P.M. Bolger, E. Pellizzari, R. Fernando, R. Montes de Oca, S.E. Schober, T. Sinks, R L. Jones, and K.R. Mahaffey. 2004. Hair mercury levels in U.S. children and women of childbearing age. Reference range data from NHANES 1999-2000. Environmental Health Perspectives 112:1186-1171.

[4]Analysis by K.R. Mahaffey. US EPA, presented at the 2005 National Forum on Contaminants in Fish, 18-21 September, Baltimore, MD. Presentation available at: http://epa.gov/waterscience/fish/forum/2005/presentations/Monday%20Slides%200910/afternoon/Mahaffey_Fish%20Forum%202005%20-%20Mahaffey%20Final.ppt

[5]Stern, A H. 2005. A review of the studies of the cardiovascular health effects of methylmercury with consideration of their suitability for risk assessment. Environ. Res. 98:133-142

[6]Rissanen, T., S. Voutilainen, K. Nyyssonen, T.A. Lakka, and J T. Salonen. 2000. Fish-oil derived fatty acids, docosahexaenoic acid and docosapentaenoic acid, and the risk of acute coronary events: The Kuopio Ischemic Heart Disease Risk Factor Study. Circulation 102:2677-2679. Virtanen, J K., S. Voutilainen, T.H. Rissanen, J. Mursu, T. P. Tuomainen, M.J. Korhonen, V.-P. Valkonen, K. Seppanen, J.A. Laukkanen, and J.T. Salonen. 2005. Mercury, fish oils, and risk of acute coronary events and cardiovascular disease, coronary heart disease, and all-cause mortality in men in Eastern Finland. Arterioscler Thromb. Vasc. Biol. 25:228-233.



# EXHIBIT E

Issued by the

# United States District Court

## District of Columbia

| | |
|---|---|
| Riverside Texaco et al | **SUBPOENA IN A CIVIL CASE** |
| v. | Case Number: **CV-07-J-0268-NW** **N. Dist. Of AL** |
| Occidental Chemical Corporation et al | If action is pending in district court other than district of issuance, state district under case number |

**To:**  Oceana, Inc.
2501 M Street Northwest Suite 300
Washington, DC 20037

| | |
|---|---|
| ☐  YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case. | |
| PLACE OF TESTIMONY | COURTROOM, DATE & TIME |
| | |

| | |
|---|---|
| ☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case. | |
| PLACE OF DEPOSITION | DATE & TIME |
| | |

X  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**SEE ATTACHED A**

| PLACE OF PRODUCTION | | DATE & TIME |
|---|---|---|
| Esquire Deposition Services 1020 19th Street NW Suite 620 Washington, DC 20036 | Contact: Karen Folk Phone: 314-621-6173 ext:80001 | **August 1, 2007 at 9:00 am** |

| | |
|---|---|
| YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below. | |
| PREMISES | DATE & TIME |
| | |

**  Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | Date |
|---|---|
| *[signature]* | 7-13-07 |

| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | | |
|---|---|---|
| Michael Wetmore | Husch & Eppenberger, LLC 190 Carondelet Plaza Suite 600 St. Louis, MO 63105 | 314-480-1841 Michael.wetmore@husch.com |

Exhibit E

AO88 (Rev. 12/06) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject

to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to

## ATTACHMENT "A"

Pursuant to the subpoena issued under the authority of the United States District Court for the District of Columbia, Oceana is directed to produce all of the documents described below at the place and time specified in the subpoena.

The term "document" as used in this subpoena means any medium upon which information is recorded, or from which information can be derived which is or has been, at any time, in the possession, custody or control of Oceana, including its representatives, agents, contractors or employees, regardless of who prepared it, including, but not limited to, files, reports, memoranda, drafts, diagrams, drawings, notations, correspondence, sketches, reports, e-mails, invoices, manifests, mechanical or electronic recordings or transcripts, information stored including computers or other data storage processing equipment translated or translatable into usable form, plans, calendar or diary entries, appointment books, photographs, videos, recordings, test results, notes concerning memoranda of conversations, studies, tables, specifications, analyses, interoffice and intra-office communications. If any document is contained in any electronic format, e.g., magnetic computer tape or electronic disc storage, then the document in its original form shall be produced together with a readily intelligible version of the information it contains.

1.  Any and all documents, evidencing, reflecting or relating to any activities and/or work performed by or on behalf of Oceana in Colbert County, Alabama, Lauderdale County, Alabama and/or the cities of Muscles Shoals, Florence or Tuscumbia, Alabama relating in any way to mercury emissions and/or to Occidental Chemical Corporation's Muscle Shoals, Alabama plant. Such documents shall include, but should not be limited to:

    a)  any and all documents evidencing, containing, reflecting or relating to sampling of any media, whether outside, inside or upon any structure or tangible thing and the analysis and/or results of all such sampling;

    b)  any and all documents evidencing, containing, reflecting or relating to sampling of any part of the human body;

    c)  any and all field logs and field log books with respect to such sampling and analysis;

    d)  any and all documents evidencing, containing, reflecting or relating to notes taken by or on behalf of any officer, employee, contractor or agent of Oceana with respect to such sampling and analysis and/or the results of such sampling and analysis;

    e)  any and all documents evidencing, containing, reflecting or relating to phone logs, letters, emails, faxes or other correspondence which in any

way relates or refers to such sampling and analysis and/or the results of such sampling and analysis;

f)  any and all documents evidencing, containing, reflecting or relating to invoices, payment stubs, or other communications regarding any payment arrangement and/or payment for such sampling and analysis;

g)  any and all documents evidencing, containing, reflecting or relating to agreements to allow access for the purpose of any such sampling and analysis;

h)  any and all documents evidencing, containing, reflecting or relating to correspondence or communications between officers, employees, agents, and/or contractors of Oceana and officers, employees, agents, and/or contractors of the United States Environmental Protection Agency and/or the Alabama Department of Environmental Management regarding the facility of Occidental Chemical Corporation in or near Muscle Shoals Alabama and/or any sampling and analysis in Colbert County, Alabama, Lauderdale County, Alabama and/or the cities of Muscles Shoals, Florence or Tuscumbia, Alabama;

i)  any and all documents evidencing, containing, reflecting or relating to internal correspondence or communications between or among officers, employees, agents, and/or contractors of Oceana regarding the facility of Occidental Chemical Corporation in or near Muscle Shoals, Alabama and/or any sampling or analysis in Colbert County, Alabama, Lauderdale County, Alabama and/or the cities of Muscles Shoals, Florence or Tuscumbia, Alabama;

j)  any and all documents evidencing, reflecting or relating to any correspondence with any property owner or resident in Colbert County, Alabama, Lauderdale County, Alabama and/or the cities of Muscles Shoals, Florence or Tuscumbia, Alabama concerning the sampling and analysis performed by or on behalf of Oceana;

k)  Any and all photographs or video taken during the sampling and analysis;

l)  Any and all brochures, advertisements, pamphlets, leaflets or similar communications relating to the sampling and analysis and the results of the sampling and analysis.

m)  Any and all summaries or reports prepared by or on behalf of Oceana with respect to the sampling and analysis conducted in Colbert County, Alabama, Lauderdale County, Alabama and/or the cities of Muscles Shoals, Florence or Tuscumbia, Alabama;

2

n) Any and all documents evidencing, containing, reflecting or relating to any communication with any radio or television station, print media or web media with respect to the sampling and analysis conducted in Colbert County, Alabama, Lauderdale County, Alabama and/or the cities of Muscles Shoals, Florence or Tuscumbia, Alabama.

2. To the extent not covered by the subparagraphs of paragraph 1, the entirety of your file with respect to all sampling and analysis undertaken within 25 miles of the Occidental Chemical Corporation plant in Muscle Shoals, Alabama.

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Riverside Texaco, et al.

vs.

Occidental Chemical Corporation, et al.

No. CV-07-J-0268-NW

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Subpoena Duces Tecum and Attachment A in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 10:23 am on July 16, 2007, I served Oceana, Inc. at 2501 M Street, NW, Suite 300, Washington, DC 20037 by serving Jim Simon, Executive Vice President and General Counsel, authorized to accept. Described herein:

```
   SEX-   MALE
   AGE-   55
HEIGHT-   5'4"
  HAIR-   GRAY
WEIGHT-   140
  RACE-   WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on ___7/17/06___
              Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 191212

# EXHIBIT F

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Riverside Texaco, et al.

vs.

Occidental Chemical Corporation, et al.

No. CV-07-J-0268-NW

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Subpoena Duces Tecum and Attachment A in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 10:23 am on July 16, 2007, I served Oceana, Inc. at 2501 M Street, NW, Suite 300, Washington, DC 20037 by serving Jim Simon, Executive Vice President and General Counsel, authorized to accept. Described herein:

SEX-     MALE
AGE-     55
HEIGHT-  5'4"
HAIR-    GRAY
WEIGHT-  140
RACE-    WHITE

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on ___7/17/06___
                Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 191212

Exhibit F

# EXHIBIT G



2501 M STREET NW, SUITE 300   WASHINGTON, DC  20037   202.833.3900   WWW.OCEANA.ORG

August 2, 2007

*VIA OVERNIGHT MAIL*
William J. Curtis
HUSCH & EPPENBERGER LLC
190 Carondelet Plaza, Suite 600
St Louis, MO 63105-3441

> **Re: Oceana's Response and Objections, Pursuant to Rule 45 of the Federal Rules of Civil Procedure, to Subpoena related to *Riverside Texaco v. Occidental Chemical Corporation*, N.D. Ala. No. CV-07-J-0268-NW**

Dear Mr. Curtis:

I am writing, pursuant to Rule 45 of the Federal Rules of Civil Procedure, to partially object and partially reply to the subpoena served by Occidental Chemical Corporation on Oceana in relation to the above-captioned case.

The case concerns allegations of property damage and personal injury due to mercury contamination escaping from an Occidental Chemical facility in Muscle Shoals, Alabama. Oceana is a not-for-profit non-governmental marine conservation group that campaigns for protecting marine wildlife and the marine environment. Specifically, Oceana campaigns to convince chlorine producers such as Occidental Chemical to produce chlorine by processes that do not use mercury. Oceana notes that Occidental Chemical has announced that it plans to shut down its Muscle Shoals facility.

Without waiving any objections set forth below, to the extent the subpoena seeks material that Oceana has published, including reports and press releases, Oceana responds by submitting the published materials on the enclosed CD. Oceana has also attached an index of those documents. Oceana also notes that there may be responsive material on the web site of its chlorine plant campaign, which can be viewed at http://www.oceana.org/north-america/what-we-do/stop-seafood-contamination/chlorine-plant-campaign/.

Oceana further objects and responds to the subpoena, as explained below.

**Request:**

> 1. Any and all documents, evidencing, reflecting or relating to any activities and for work performed by or on behalf of Oceana in Colbert County, Alabama, Lauderdale County, Alabama and/or the cities of Muscles Shoals, Florence or Tuscumbia, Alabama relating in any way to mercury emissions and/or to Occidental Chemical Corporation's Muscle Shoals, Alabama plant. Such documents shall include, but should not be limited to:

**Exhibit G**

**Global** | Washington, DC    **Europe** | Brussels | Madrid    **South America** | Santiago




Oceana's Response and Objections
August 2, 2007
Page 2 of 11

**Objection:**

It is unclear whether the request seeks only documents relating to the Muscle Shoals facility or all documents in Oceana's possession concerning mercury emissions, no matter what their relation to Muscle Shoals. Therefore, Oceana objects to the request as overbroad and ambiguous.

Oceana has not conducted sampling or testing of emissions from the Muscle Shoals facility, nor has Oceana conducted sampling or testing of property in proximity to the Muscle Shoals facility. Notwithstanding Oceana's production of information that it has already published, to the extent the subpoena seeks documents unrelated to sampling or testing related to emissions from the Muscle Shoals facility and unrelated to sampling or testing of property in proximity to the Muscle Shoals facility, the subpoena is overbroad, unduly burdensome, and seeks material that is not discoverable because it is not relevant to the *Riverside Texaco* case.

To the extent the subpoena seeks raw data concerning hair sampling conducted by Oceana in or near the city of Muscle Shoals, the subpoena seeks information subject to confidentiality agreements and/or privacy rights of the sampling study participants.

In addition, to the extent the subpoena seeks information from Oceana that can be discovered from parties to the litigation, the subpoena is unduly burdensome.

To the extent a response to the subpoena would reveal to Occidental Chemical Corporation and other chlorine companies confidential information concerning the activities Oceana has and has not conducted and has and has not planned to conduct in its campaign to convince chlorine companies to cease using mercury in their production process, the subpoena is unduly burdensome.

For the reasons set forth above, any search of Oceana files beyond the search for published documents conducted for this response would be unduly burdensome.

**Response:**

The following documents which have been included may be related to this request (as designated in the Index of Included Documents):

Documents 1-18.

**Request:**

a) any and all documents evidencing, containing, reflecting or relating to sampling of any media, whether outside, inside or upon any structure or

Oceana's Response and Objections
August 2, 2007
Page 3 of 11

tangible thing and the analysis and or results of all such sampling;

**Objection:**

It is unclear whether Request 1(a) is intended to include the sampling referred to in Request 1(b) or to refer only to sampling of property. To the extent Request 1(a) includes documents also requested by 1(b), see the response to 1(b) below. To the extent Request 1(a) refers only to sampling of property, Oceana has conducted no such sampling and therefore possesses no documents responsive to this request.

**Request:**

b) any and all documents evidencing, containing, reflecting or relating to sampling of any part of the human body;

**Objection:**

To the extent the subpoena seeks raw data concerning hair sampling conducted by Oceana in or near the city of Muscle Shoals, the subpoena seeks information subject to confidentiality agreements and/or privacy rights of the sampling study participants. Nevertheless, without waiving any objection, Oceana has produced a copy of the confidentiality agreement signed by test subjects, a published report discussing hair sampling results, and a press release related to the published report.

To the extent Occidental Chemical seeks to ascertain whether members of the plaintiff class participated in the study and/or to discover sampling and analysis data from members of the plaintiff class, and to the extent such information is discoverable, it is unduly burdensome for Occidental Chemical to seek such information from Oceana rather than from members of the plaintiff class who are parties to the case.

To the extent a response to the subpoena would reveal to Occidental Chemical Corporation and other chlorine companies confidential information concerning the activities Oceana has and has not conducted and has and has not planned to conduct in its campaign to convince chlorine companies to cease using mercury in their production process, the subpoena is unduly burdensome.

**Response:**

The following documents which have been included may be related to this request (as designated in the Index of Included Documents):

Documents 2, 16, 17, 18.

Oceana's Response and Objections
August 2, 2007
Page 4 of 11

**Request:**

c) any and all field logs and field log books with respect to such sampling
and analysis;

**Objection:**

It is not clear whether the request refers to the sampling and analysis referenced in
Request 1(a) or the sampling and analysis referenced in Request 1(b).  To the extent that
the request refers to the sampling and analysis referenced in Request 1(a), see the
Objection to Request 1(a).

To the extent the Request refers to the sampling and analysis referenced in Request 1(b),
see the Objection to Request 1(b).

**Request:**

d) any and all documents evidencing, containing, reflecting or relating to
notes taken by or on behalf of any officer, employee, contractor or agent
of Oceana with respect to such sampling and analysis and/or the results of
such sampling and analysis;

**Objection:**

It is not clear whether the request refers to the sampling and analysis referenced in
Request 1(a) or the sampling and analysis referenced in Request 1(b).  To the extent that
the request refers to the sampling and analysis referenced in Request 1(a), see the
Objection to Request 1(a).

To the extent the Request refers to the sampling and analysis referenced in Request 1(b),
see the Objection to Request 1(b).

**Request:**

e) any and all documents evidencing, containing, reflecting or relating to
phone logs, letters, emails, faxes or other correspondence which in any
way relates or refers to such sampling and analysis and/or the results of
such sampling and analysis;

**Objection:**

It is not clear whether the request refers to the sampling and analysis referenced in
Request 1(a) or the sampling and analysis referenced in Request 1(b).  To the extent that

Oceana's Response and Objections
August 2, 2007
Page 5 of 11

the request refers to the sampling and analysis referenced in Request 1(a), see the Objection to Request 1(a).

To the extent the Request refers to the sampling and analysis referenced in Request 1(b), see the Objection to Request 1(b).

**Request:**

f) any and all documents evidencing, containing, reflecting or relating to invoices, payment stubs, or other communications regarding any payment arrangement and or payment for such sampling and analysis;

**Objection:**

It is not clear whether the request refers to the sampling and analysis referenced in Request 1(a) or the sampling and analysis referenced in Request 1(b). To the extent that the request refers to the sampling and analysis referenced in Request 1(a), see the Objection to Request 1(a).

To the extent the Request refers to the sampling and analysis referenced in Request 1(b), see the Objection to Request 1(b).

In addition, to the extent a response to the subpoena would reveal to Occidental Chemical Corporation and other chlorine companies confidential information concerning the activities Oceana has and has not conducted and has and has not planned to conduct in its campaign to convince chlorine companies to cease using mercury in their production process, the subpoena is unduly burdensome.

**Request:**

g) any and all documents evidencing, containing, reflecting or relating to agreements to allow access for the purpose of any such sampling and analysis;

**Objection:**

It is not clear whether the request refers to the sampling and analysis referenced in Request 1(a) or the sampling and analysis referenced in Request 1(b). To the extent that the request refers to the sampling and analysis referenced in Request 1(a), see the Objection to Request 1(a).

To the extent the Request refers to the sampling and analysis referenced in Request 1(b), see the Objection to Request 1(b).

In addition, to the extent a response to the subpoena would reveal to Occidental Chemical Corporation and other chlorine companies confidential information concerning the activities Oceana has and has not conducted and has and has not planned to conduct in its campaign to convince chlorine companies to cease using mercury in their production process, the subpoena is unduly burdensome.

**Response:**

The following documents which have been included may be related to this request (as designated in the Index of Included Documents):

Document 18.

**Request:**

h) any and all documents evidencing, containing, reflecting or relating to correspondence or communications between officers, employees, agents, and/or contractors of Oceana and officers, employees, agents, and/or contractors of the United States Environmental Protection Agency and/or the Alabama Department of Environmental Management regarding the facility of Occidental Chemical Corporation in or near Muscle Shoals Alabama and/or any sampling and analysis in Colbert County, Alabama, Lauderdale County, Alabama and/or the cities of Muscles Shoals, Florence or Tuscumbia, Alabama;

**Objection:**

It is not clear whether the request refers to the sampling and analysis referenced in Request 1(a) or the sampling and analysis referenced in Request 1(b). To the extent that the request refers to the sampling and analysis referenced in Request 1(a), see the Objection to Request 1(a).

To the extent the Request refers to the sampling and analysis referenced in Request 1(b), see the Objection to Request 1(b).

In addition, to the extent a response to the subpoena would reveal to Occidental Chemical Corporation and other chlorine companies confidential information concerning the activities Oceana has and has not conducted and has and has not planned to conduct in its campaign to convince chlorine companies to cease using mercury in their production process, the subpoena is unduly burdensome.

**Request:**

i) any and all documents evidencing, containing, reflecting or relating to

Oceana's Response and Objections
August 2, 2007
Page 7 of 11

internal correspondence or communications between or among officers, employees, agents, and/or contractors of Oceana regarding the facility of Occidental Chemical Corporation in or near Muscle Shoals, Alabama and/or any sampling or analysis in Colbert County, Alabama, Lauderdale County, Alabama and/or the cities of Muscle Shoals, Florence or Tuscumbia, Alabama;

**Objection:**

It is not clear whether the request refers to the sampling and analysis referenced in Request 1(a) or the sampling and analysis referenced in Request 1(b).  To the extent that the request refers to the sampling and analysis referenced in Request 1(a), see the Objection to Request 1(a).

To the extent the Request refers to the sampling and analysis referenced in Request 1(b), see the Objection to Request 1(b).

In addition, to the extent a response to the subpoena would reveal to Occidental Chemical Corporation and other chlorine companies confidential information concerning the activities Oceana has and has not conducted and has and has not planned to conduct in its campaign to convince chlorine companies to cease using mercury in their production process, the subpoena is unduly burdensome.

**Request:**

j) any and all documents evidencing, reflecting or relating to any correspondence with any property owner or resident in Colbert County, Alabama, Lauderdale County, Alabama and/or the cities of Muscles Shoals, Florence or Tuscumbia, Alabama concerning the sampling and analysis performed by or on behalf of Oceana;

**Objection**:

It is not clear whether the request refers to the sampling and analysis referenced in Request 1(a) or the sampling and analysis referenced in Request 1(b).  To the extent that the request refers to the sampling and analysis referenced in Request 1(a), see the Objection to Request 1(a).

To the extent the Request refers to the sampling and analysis referenced in Request 1(b), see the Objection to Request 1(b).

In addition, to the extent a response to the subpoena would reveal to Occidental Chemical Corporation and other chlorine companies confidential information concerning the activities Oceana has and has not conducted and has and has not planned to conduct in its

Oceana's Response and Objections
August 2, 2007
Page 8 of 11

campaign to convince chlorine companies to cease using mercury in their production
process, the subpoena is unduly burdensome.

**Request:**

k) Any and all photographs or video taken during the sampling and analysis;

**Objection:**

It is not clear whether the request refers to the sampling and analysis referenced in
Request 1(a) or the sampling and analysis referenced in Request 1(b). To the extent that
the request refers to the sampling and analysis referenced in Request 1(a), see the
Objection to Request 1(a).

To the extent the Request refers to the sampling and analysis referenced in Request 1(b),
see the Objection to Request 1(b).

In addition, to the extent a response to the subpoena would reveal to Occidental Chemical
Corporation and other chlorine companies confidential information concerning the
activities Oceana has and has not conducted and has and has not planned to conduct in its
campaign to convince chlorine companies to cease using mercury in their production
process, the subpoena is unduly burdensome.

**Request:**

l) Any and all brochures, advertisements, pamphlets, leaflets or similar
communications relating to the sampling and analysis and the results of
the sampling and analysis;

**Objection:**

It is not clear whether the request refers to the sampling and analysis referenced in
Request 1(a) or the sampling and analysis referenced in Request 1(b). To the extent that
the request refers to the sampling and analysis referenced in Request 1(a), see the
Objection to Request 1(a).

To the extent the Request refers to the sampling and analysis referenced in Request 1(b),
see the Objection to Request 1(b).

In addition, to the extent a response to the subpoena would reveal to Occidental Chemical
Corporation and other chlorine companies confidential information concerning the
activities Oceana has and has not conducted and has and has not planned to conduct in its
campaign to convince chlorine companies to cease using mercury in their production
process, the subpoena is unduly burdensome.

Oceana's Response and Objections
August 2, 2007
Page 9 of 11

**Request:**

m) Any and all summaries or reports prepared by or on behalf of Oceana with respect to the sampling and analysis conducted in Colbert County, Alabama, Lauderdale County, Alabama and/or the cities of Muscles Shoals, Florence or Tuscumbia, Alabama;

**Objection:**

It is not clear whether the request refers to the sampling and analysis referenced in Request 1(a) or the sampling and analysis referenced in Request 1(b). To the extent that the request refers to the sampling and analysis referenced in Request 1(a), see the Objection to Request 1(a).

To the extent the Request refers to the sampling and analysis referenced in Request 1(b), see the Objection to Request 1(b).

In addition, to the extent a response to the subpoena would reveal to Occidental Chemical Corporation and other chlorine companies confidential information concerning the activities Oceana has and has not conducted and has and has not planned to conduct in its campaign to convince chlorine companies to cease using mercury in their production process, the subpoena is unduly burdensome.

**Response:**

The following documents which have been included may be related to this request (as designated in the Index of Included Documents):

Document 2, 17.

**Request:**

n) Any and all documents evidencing, containing, reflecting or relating to any communication with any radio or television station, print media or web media with respect to the sampling and analysis conducted in Colbert County, Alabama, Lauderdale County, Alabama and/or the cities of Muscles Shoals, Florence or Tuscumbia, Alabama.

**Objection:**

It is not clear whether the request refers to the sampling and analysis referenced in Request 1(a) or the sampling and analysis referenced in Request 1(b). To the extent that

the request refers to the sampling and analysis referenced in Request 1(a), see the Objection to Request 1(a).

To the extent the Request refers to the sampling and analysis referenced in Request 1(b), see the Objection to Request 1(b).

In addition, to the extent a response to the subpoena would reveal to Occidental Chemical Corporation and other chlorine companies confidential information concerning the activities Oceana has and has not conducted and has and has not planned to conduct in its campaign to convince chlorine companies to cease using mercury in their production process, the subpoena is unduly burdensome.

**Response:**

The following documents which have been included may be related to this request (as designated in the Index of Included Documents):

Document 16.

**Request:**

2. To the extent not covered by the subparagraphs of paragraph 1, the entirety of your file with respect to all sampling and analysis undertaken within 25 miles of the Occidental Chemical Corporation plant in Muscle Shoals, Alabama.

**Objection:**

Oceana has not conducted sampling or testing of emissions from the Muscle Shoals facility, nor has Oceana conducted sampling or testing of property in proximity to the Muscle Shoals facility. Notwithstanding Oceana's production of information that it has already published, to the extent the subpoena seeks documents unrelated to sampling or testing related to emissions from the Muscle Shoals facility and unrelated to sampling or testing of property in proximity to the Muscle Shoals facility, the subpoena is overbroad, unduly burdensome, and seeks material that is not discoverable because it is not relevant to the *Riverside Texaco* case.

To the extent the subpoena seeks raw data concerning hair sampling conducted by Oceana in or near the city of Muscle Shoals, the subpoena seeks information subject to confidentiality agreements and/or privacy rights of the sampling study participants.

In addition, to the extent the subpoena seeks information from Oceana that can be discovered from parties to the litigation, the subpoena is unduly burdensome.

Oceana's Response and Objections
August 2, 2007
Page 11 of 11

To the extent a response to the subpoena would reveal to Occidental Chemical
Corporation and other chlorine companies confidential information concerning the
activities Oceana has and has not conducted and has and has not planned to conduct in its
campaign to convince chlorine companies to cease using mercury in their production
process, the subpoena is unduly burdensome.

**Response:**

The following documents which have been included may be related to this request (as
designated in the Index of Included Documents):

Documents 2, 16, 17, 18, 19.

I am happy to confer with you to clarify these responses and objections and to seek to resolve
any disputes. Please feel free to contact me.

DATED this 2d day of August, 2007.

Very truly yours,

Eric A. Bilsky
DC Bar No. 433612
OCEANA, INC.
2501 M Street, NW, Suite 300
Washington, DC 20037-1311
(202) 833-3900

Enc.

# EXHIBIT H



Husch &
Eppenberger, LLC

*Attorneys and Counselors at Law*

190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105-3441
314.480.1500
Fax 314.480.1505
www.husch.com

**William J. Curtis**
Direct Dial: (314) 480-1808
E-Mail: William.Curtis@husch.com

October 16, 2007

Eric A. Bilsky, Esq.
Oceana, Inc.
2501 M. Street, NW, Suite 300
Washington, D.C. 20037-1311

  Re: *Riverside Texaco, et al. v. Occidental Chemical Corporation, et al.,* N.D. Ala. No.
    CV-07-J-0268-NW

Dear Mr. Bilsky:

  I am in receipt of Oceana, Inc.'s ("Oceana") answers to the subpoena served by
Occidental Chemical Corporation ("Occidental") on Oceana in the above-referenced matter.
Please be advised that this letter is being written in a good faith effort to resolve certain issues
regarding your answers to the subpoena. I am hopeful that we can discuss and resolve these
issues without intervention from the Court. Please consider this my "golden rule" letter.

  After reviewing your response, it is clear that you have only produced publicly available
documents. Further, you repeatedly object on virtually every conceivable ground to many of the
requests contained in the subpoena. Your objections are meritless. For example, you repeatedly
object to several requests on the ground that it is unclear whether Occidental is seeking
documents relating only to the Muscle Shoals facility or all documents in Oceana's possession
concerning mercury emissions. You assert that these requests are therefore overbroad and
ambiguous and you refuse to produce any relevant documents as a result. However, a cursory
review of the subpoena reveals that the requests expressly state that Occidental is seeking
information relating to work performed by or on behalf of Oceana in Muscle Shoals, Alabama
and Colbert County, Alabama.

  You object to several requests on the grounds that requests that seek information that are
unrelated to the Muscle Shoals plant are overbroad, unduly burdensome and irrelevant. Contrary
to your assertions, these requests seek information that is directly related to issues in dispute in
the above-referenced matter and are not available elsewhere. In addition, you have not produced
any documents, except those publicly available, that you believe relate to the Muscle Shoals
plant. I am prepared to discuss each of our requests and your objections in an effort to resolve
this dispute.

  Lastly, you repeatedly assert that information relating to hair sampling conducted by
Oceana is protected by confidentiality agreements and the privacy rights of the sampling study's

2767743.01

Exhibit H

# Husch & Eppenberger, LLC

Eric A. Bilsky, Esq.
October 16, 2007
Page: 2

participants. Even accepting this position as true, you are required to produce, at a minimum, redacted documents and a privilege log.

The specific examples set forth in this letter are representative and not exhaustive. Because you have produced only publicly available documents and because you made repeated groundless objections to each of Occidental's requests, your entire response is deficient. Once you have had the opportunity to review this letter, please contact me or John Power so that we may further discuss these issues.

Very Truly Yours,

HUSCH & EPPENBERGER, LLC

William J. Curtis

2767743.01

# EXHIBIT I



# Wiley Rein LLP

1776 K STREET NW
WASHINGTON, DC 20006

PHONE 202.719.7000
FAX 202.719.7049

## Facsimile

| TO | | FAX NUMBER | PHONE NUMBER | |
|---|---|---|---|---|
| **William J. Curtis, Esq.** **Husch & Eppenberger, LLC** | | **(314) 480-1505** | **(314) 480-1808** | |

| FROM | **Rodney H. Glover** | | PHONE NUMBER | **202.719.7381** |
|---|---|---|---|---|
| DATE | **October 30, 2007** | | PAGES TO FOLLOW | **2** |
| USER NUMBER | **03165** | | CLIENT NUMBER | **83425-0001** |

MESSAGE

Please contact _____ if you do not receive this facsimile in its entirety.

**Confidentiality Note:** The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile message is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. *Thank you.*

Exhibit I



1776 K STREET NW
WASHINGTON, DC 20006
PHONE  202.719.7000
FAX  202.719.7049

7925 JONES BRANCH DRIVE
McLEAN, VA 22102
PHONE  703.905.2800
FAX  703.905.2820

www.wileyrein.com

October 30, 2007

Rodney H. Glover
202.719.7381
rglover@wileyrein.com

**VIA FASCIMILE**

William J. Curtis, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105-3441

Re:    Riverside Texaco, et al. v. Occidental Chemical Corporation, et al.,
       N.D. Ala. No. CV-07-J-0268-NW

Dear Bill:

As a follow up to our phone conversation on October 24th, I have discussed
with my client, Oceana, Inc., your subpoena as well as the various positions asserted
by you in your letter of October 16th and during our phone conversation on October
24th. As a result of this review, I am afraid we will not be able to honor your
request for the additional information sought in your subpoena for a number of
reasons.

You are seeking essentially three things in your subpoena, 1) any samples
we may have taken of property in the Muscle Shoals area, 2) samples we may have
taken of humans in the Muscle Shoals area, and 3) information relating to Oceana's
advocacy efforts which may involve your client.

As to the first, Oceana has undertaken no sampling of property in the Muscle
Shoals area. Therefore, they would have no first hand knowledge of use to you in
your suit.

As to human studies, as we indicated in our meet and confer call, we
question the relevance of such information. When I asked you the current status of
the case you were kind enough to inform us that the class allegations had been
amended and that 272 individuals had filed a Second Amended Complaint. What
you did not disclose was the fact that the Second Amended Complaint had dropped
all personal injury claims and that the only claims remaining were damage to
property. Given that critical factor, hair samples of individuals could not possibly
be relevant to contamination to real property. When I indicated my objection was
based on relevance you argued that the test was not relevance but whether the
information sought was reasonably calculated to lead to the discovery of admissible
evidence. FRCP 26(b)(1) provides that "parties may obtain discovery regarding any



William J. Curtis, Esq.
October 30, 2007
Page 2

matter, not privileged, that is **relevant** to the claim or defense of any party...".
Relevance is the litmus test for any discovery dispute and the starting point for any
discussion. When pressed, you provided no conceivable much less credible link
between hair samples taken in 2005 and property damage claims now asserted in the
underlying suit.

As to the third area of discovery you seek, relevance is also the key factor.
What internal plans Oceana may have in connection with its advocacy program to
eliminate mercury-based chorine production in the United States has no relevance in
the underlying suit.

I am sure that your well financed defense will accord you every opportunity
to retain experts, conduct appropriate sampling of the real property owned by the
individual plaintiffs and mount an aggressive defense.

Perhaps most telling was your response to the hypothetical question I posed,
i.e., whether you would accept a redacted version of the hair sample study to protect
the confidentiality of the survey participants (as required in the Confidentiality
Agreement we provided to you as part of our production), you indicated that would
not be satisfactory and that you would want the names and identity of the
individuals as well as any property studies and all activities of Oceana with regard
to advocacy on this issue. Given that fact we are unable to accede to your request.
It should be noted that Oceana has already produced 204 pages of documents in
response to your request. Please let me know how you would like to proceed.

Yours truly,

Rodney H. Glover

RHG/gmm

cc:    Eric A. Bilsky, Esq.
12728683.2

# EXHIBIT J



**Husch & Eppenberger, LLC**

*Attorneys and Counselors at Law*

190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105-3441
314.480.1500
Fax 314.480.1505
www.husch.com

WILLIAM J. CURTIS
DIRECT DIAL: (314) 480-1807
william.curtis@husch.com

November 9, 2007

Rodney H. Glover
Wiley Rein
1776 K Street NW
Washington, DC 20006

    Re:    *Riverside Texaco, et al. v. Occidental Chemical Corporation, et al.,*
           N.D. Ala. No. CV-07-J-0268-NW

Dear Rodney:

    We are in receipt of your letter dated October 30, 2007, regarding the October 24, 2007 telephone conference we had pertaining to the subpoena that Occidental Chemical Corporation ("Occidental") served upon Oceana. Unfortunately, your letter materially misstates our conversation, the lawsuit and your obligations.

    On our call, we were candid and did not misrepresent the nature of the lawsuit. We informed you that plaintiffs dismissed their physical and medical injury claims. We also told you that the plaintiffs' claims are for property damage <u>and</u> emotional distress. After the call, we sent you a copy of the Second Amended Complaint.

    We spent a large portion of the call discussing why Oceana's activities are <u>directly relevant</u> to both plaintiffs' claims of property damages and emotional distress. We sent you a copy of an Oceana flyer. The flyer depicts the silhouette of a pregnant woman with the allegation that their "neighbor, OxyChem, is the #1 source of mercury released to the air in Alabama." Oceana then urges OxyChem's "neighbors" to get tested so that they can determine whether they "pose health risks to their developing child." Plaintiffs' emotional distress and property damage claims stem from the belief that the mercury present on property, in the air, and the like, actually puts them at risk. This ad clearly demonstrates that Oceana's activities in Muscle Shoals are not merely tangential to the plaintiffs' claims in the lawsuit, they go directly to the merits of plaintiffs' claims.

Exhibit J

# Husch & Eppenberger, LLC

Rodney H. Glover
November 9, 2007
Page: 2


Although we disagree with your interpretation of how the Federal Rules define "relevancy" for the purposes of discovery[1], the discussion serves no purpose because Oceana's testing directly pertains to both plaintiffs' property damage claims and their emotional distress claims.

You misstated Oceana's offer. Oceana offered to provide us was a redacted sample result and no other documents. We are willing to accept documents that have been redacted as required for HIPPA purposes, however, producing redacted test results and no other documents is not acceptable.

Your limited production of 204 pages of publicly available documents does not fulfill your obligations under the Federal Rules of Civil Procedure. Under Rule 45, Occidental is entitled to obtain copies of all of the documents in Oceana's custody and control that relate to its testing program in Muscle Shoals, including those which may refer to Oceana's campaign on Mercury. This means that we are entitled to all internal emails, drafts, plans and other files and documents that relate to Oceana's Muscle Shoals sampling event, irrespective of whether the documents contain "first hand knowledge" or contain information you believe we might get from some other party. In other words, if the documents are responsive to our subpoena, Oceana has an obligation to make a good faith effort to produce the responsive documents or the appropriate privilege log.

Please let us know as promptly as possible what your position is with regard to the subpoena. If we do not hear from you by November 15th, we will assume that you will continue to refuse to produce the responsive documents. At that time, we will have no other option but to take the matter up with the Court.

Very truly yours,

William J. Curtis

WJC:jg

---

[1] *See e.g., In re Air Crash Disaster Near Rosalon, Ind.*, 172 F.R.D. 295 (N.D. Ill. 1997) (For the purposes of the scope of discovery, relevancy is broadly construed and encompasses any material that bears on, or that reasonably could lead to other matter that could bear on, any issue that is or may be the case, without limitation to this use raised by the pleadings).

# EXHIBIT K



1776 K STREET NW
WASHINGTON, DC 20006
PHONE  202.719.7000
FAX  202.719.7049

7925 JONES BRANCH DRIVE
McLEAN, VA 22102
PHONE  703.905.2800
FAX  703.905.2820

www.wileyrein.com

November 14, 2007

Rodney H. Glover
202.719.7381
rglover@wileyrein.com

**VIA EMAIL & FIRST CLASS MAIL**

William J. Curtis, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105-3441

Re:    Riverside Texaco, et al. v. Occidental Chemical Corporation, et al.,
       N.D. Ala. No. CV-07-J-0268-NW

Dear Bill:

       We are in receipt of your letter of November 9, 2007 and respond herein.
Putting aside tangential statements you made with which we do not agree and
getting to the heart of the matter, are we to understand that you are now willing to
narrow the scope of your subpoena to "those documents in Oceana's custody and
control that relate to its testing programs in Muscle Shoals", as you state in your
letter or do you continue to seek documents unrelated to that subject but related to
Oceana's advocacy efforts? If the former, then we may be able to comply with your
narrowed request with proper redactions to protect the confidentiality that was
promised to those that participated in the human testing. Much hinges on your use
of the phrase "relating to" which is not defined in your letter or the subpoena you
issued. If you want the test results as redacted we stand ready and willing to
comply promptly.

       Please let me know how you would like to proceed.

Yours truly,

Rodney H. Glover

RHG/gmm

cc:    Eric A. Bilsky, Esq.
12728683.2

Exhibit K

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

RIVERSIDE TEXACO, et al.       )
                               )
           Plaintiffs,      )
                               )
v.                          )     Case No.  CV-07-J-0268-NW
                               )     (Northern District of Alabama)
OCCIDENTAL CHEMICAL     )
CORPORATION,            )
                               )
          Defendant.      )

**[PROPOSED] ORDER ON DEFENDANT'S MOTION TO COMPEL
NON-PARTY OCEANA, INC. TO COMPLY WITH SUBPOENA**

For good cause shown, Defendant Occidental Chemical Corporation's Motion to Compel

non-party Oceana, Inc. to comply with subpoena is hereby GRANTED.  Oceana, Inc. is hereby

ORDERED to produce to Defendant all documents identified in Attachment A to Defendant's

subpoena within ten (10) days of the date of this Order.

Dated: _____, 2007

                                           _____
                                         United States District Court Judge

1

Notification of Entry to the following:

Marvin T. Griff, Esq.
BLACKWELL SANDERS, LLP
750 17th Street, Suite 1000
Washington, D.C. 20006

Michael H. Wetmore, Esq.
William J. Curtis, Esq.
Robyn J. Buck, Esq.
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

John K. Power, Esq.
HUSCH & EPPENBERGER, LLC
1200 Main Street, Suite 2300
Kansas City, MO 64105

Gilbert P. Self, Esq.
SELF, SMITH & BURDINE
408 West Dr. Hicks Blvd.
Florence, AL 35630

Jere L. Beasley, Esq.
Rhon E. Jones, Esq.
Alyce S. Robertson, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103

R. Leland Lesley, Esq.
R. LELAND LESLEY, P.C.
2908 Crescent Avenue
Birmingham, AL 35209

Rodney Glover, Esq.
WILEY REIN, LLP
1776 K Street NW
Washington, D.C. 20006

Eric Bilsky, Esq.
OCEANA, INC.
2501 M Street NW, Suite 300
Washington, D.C. 20037