IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| RIVERSIDE TEXACO, et al., ) | |
| ) | |
| Plaintiffs, ) | Case: 1:07-mc-00504 |
| ) | Assigned To: Kollar-Kotelly, Colleen |
| v. ) | Assign. Date: 11/20/2007 |
| ) | Description: Miscellaneous |
| OCCIDENTAL CHEMICAL ) | |
| CORPORATION, ) | |
| ) | Case No. CV-07-J-0268-NW |
| Defendant. ) | (Northern District of Alabama) |
| ) | |

**MOTION FOR *PRO HAC VICE* ADMISSION OF JOHN KENNETH POWER**

MARVIN T. GRIFF, a member in good standing of the Bar of this Court, respectfully moves this Court for an order pursuant to Rule 83.2 (d) of the Rules of the United States District Court for the District of Columbia allowing John Kenneth Power to appear *pro hac vice* as attorney for Occidental Chemical Corporation, in this matter. In support of this motion, movant and the proposed admittee certify as follows:

1. The proposed admittee's name is John Kenneth Power.

2. John Kenneth Power is a licensed attorney practicing at the law firm of Husch & Eppenberger, 1200 Main Street, Suite 2300, Kansas City, MO 64105, telephone number 816-421-4800.

3. John Kenneth Power has been admitted to and is a member in good standing in the following courts:

    a. Missouri State Supreme Court; and

    b. The United States District Court for the Western District of Missouri and District of Kansas: and

    c. United States Court of Appeals for the Eighth Circuit and the Tenth Circuit.

4. John Kenneth Power has never been disbarred, suspended, or denied admission to practice in any jurisdiction.

5. John Kenneth Power does not regularly practice law in the District of Columbia. Mr. Power has not appeared *pro hac vice* before the United States District Court for the District of Columbia during the past two (2) years.

6. A Certificate of Good Standing from the Supreme Court of Missouri for John Kenneth Power is attached hereto as Exhibit A.

7. It is understood by Mr. Power that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

WHEREFORE, premises considered, movant respectfully requests that this Court enter an order allowing John Kenneth Power to appear *pro hac vice* for the purpose of representing Occidental Chemical Corporation in this case.

Dated: November 26, 2007.

Movant:

_____
Marvin T. Griff
DC Bar No. 423839
BLACKWELL SANDERS, LLP
750 17th Street, NW, Suite 1000
Washington, D.C. 20006
Telephone: (202) 378-2311
Facsimile: (202) 378-2319
mgriff@blackwellsanders.com

Proposed Admittee:

_____
John Kenneth Power
HUSCH & EPPENBERGER, LLC
1200 Main Street, Suite 2300
Kansas City, MO 64105
Telephone: (816) 421-4800
Facsimile: (816) 421-0596
john.power@husch.com

# EXHIBIT A

## The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on October 11, 1985,

## *John Kenneth Power*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 13th day of November, 2007.

_____
Clerk of the Supreme Court of Missouri

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| RIVERSIDE TEXACO, et al., ) | |
| ) | |
| Plaintiffs, ) | Case: 1:07-mc-00504 |
| ) | Assigned To: Kollar-Kotelly, Colleen |
| v. ) | Assign. Date: 11/20/2007 |
| ) | Description: Miscellaneous |
| OCCIDENTAL CHEMICAL ) | |
| CORPORATION, ) | |
| ) | Case No. CV-07-J-0268-NW |
| Defendant. ) | (Northern District of Alabama) |
| ) | |

## ORDER GRANTING MOTION FOR
## *PRO HAC VICE* ADMISSION OF JOHN KENNETH POWER

Upon consideration of the Motion for *Pro Hac Vice* Admission of John Kenneth Power, it is by the Court, this _____ day of _____, 2007, hereby

ORDERED that the Motion is GRANTED.

_____
The Honorable Colleen Kollar-Kotelly
UNITED STATES DISTRICT COURT JUDGE
Washington, D.C.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 26th day of November, 2007, served a copy of the foregoing on counsel for all parties in this proceeding by mailing the same by United States Mail, first-class postage prepaid to:

Jere L. Beasley, Esq.
Rhon E. Jones, Esq.
Alyce S. Robertson, Esq.
BEASLEY, ALLEN, CROW
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103
Attorneys for Plaintiffs

R. Leland Lesley, Esq.
R. LELAND LESLEY, P.C.
2908 Crescent Avenue
Birmingham, AL 35209-2522
Attorney for Plaintiffs

_____
Marvin T. Griff