IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RIVERSIDE TEXACO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case: 1:07-mc-00504 |
| | ) | Assigned To: Kollar-Kotelly, Colleen |
| v. | ) | Assign. Date: 11/20/2007 |
| | ) | Description: Miscellaneous |
| OCCIDENTAL CHEMICAL CORPORATION, | ) | |
| | ) | |
| | ) | Case No. CV-07-J-0268-NW |
| Defendant. | ) | (Northern District of Alabama) |
| | ) | |

## MOTION FOR *PRO HAC VICE* ADMISSION OF MICHAEL HOWARD WETMORE

MARVIN T. GRIFF, a member in good standing of the Bar of this Court, respectfully moves this Court for an order pursuant to Rule 83.2 (d) of the Rules of the United States District Court for the District of Columbia allowing Michael Howard Wetmore to appear *pro hac vice* as attorney for Occidental Chemical Corporation, in this matter. In support of this motion, movant and the proposed admittee certify as follows:

1. The proposed admittee's name is Michael Howard Wetmore.

2. Michael Howard Wetmore is a licensed attorney practicing at the law firm of Husch & Eppenberger, 190 Carondelet Plaza, Suite 600, St. Louis, MO 63105-4341, telephone number 314-480-1500.

3. Michael Howard Wetmore has been admitted to and is a member in good standing in the following courts:

    a. Missouri State and Illinois State Supreme Courts;

    b. United States District Court for the Eastern District of Missouri and the United States District Court for the Southern District of Illinois; and

    c. The United States Court of Appeals for the Fifth Circuit and the Eighth Circuit.

4. Michael Howard Wetmore has never been disbarred, suspended, or denied admission to practice in any jurisdiction.

5. Michael Howard Wetmore does not regularly practice law in the District of Columbia. Mr. Wetmore has not appeared *pro hac vice* before the United States District Court for the District of Columbia during the past two (2) years.

6. A Certificate of Good Standing from the Supreme Court of Missouri for Michael Howard Wetmore is attached hereto as Exhibit A.

7. It is understood by Mr. Wetmore that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

WHEREFORE, premises considered, movant respectfully requests that this Court enter an order allowing Michael Howard Wetmore to appear *pro hac vice* for the purpose of representing Occidental Chemical Corporation in this case.

Dated: December 3, 2007.

Movant:

*/s/ Marvin T. Griff*
Marvin T. Griff
DC Bar No. 423839
BLACKWELL SANDERS, LLP
750 17th Street, NW, Suite 1000
Washington, D.C. 20006
Telephone: (202) 378-2311
Facsimile: (202) 378-2319
mgriff@blackwellsanders.com

Proposed Admittee:

*/s/ Michael Howard Wetmore*
Michael Howard Wetmore
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
michael.wetmore@husch.com

# EXHIBIT A

*The Supreme Court of Missouri*



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on September 6, 1975,

*Michael H. Wetmore*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 13th day of November, 2007.

Clerk of the Supreme Court of Missouri

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 3rd day of December, 2007, served a copy of the foregoing on counsel for all parties in this proceeding by mailing the same by United States Mail, first-class postage prepaid to:

Jere L. Beasley, Esq.
Rhon E. Jones, Esq.
Alyce S. Robertson, Esq.
BEASLEY, ALLEN, CROW
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103
Attorneys for Plaintiffs

R. Leland Lesley, Esq.
R. LELAND LESLEY, P.C.
2908 Crescent Avenue
Birmingham, AL 35209-2522
Attorney for Plaintiffs

_____
Marvin T. Griff
*Attorney for Occidental Chemical Corporation*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RIVERSIDE TEXACO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case: 1:07-mc-00504 |
| | ) | Assigned To: Kollar-Kotelly, Colleen |
| v. | ) | Assign. Date: 11/20/2007 |
| | ) | Description: Miscellaneous |
| OCCIDENTAL CHEMICAL | ) | |
| CORPORATION, | ) | |
| | ) | Case No. CV-07-J-0268-NW |
| Defendant. | ) | (Northern District of Alabama) |
| | ) | |

ORDER GRANTING MOTION FOR
*PRO HAC VICE* ADMISSION OF MICHAEL HOWARD WETMORE

Upon consideration of the Motion for *Pro Hac Vice* Admission of Michael Howard Wetmore, it is by the Court, this _____ day of _____, 2007, hereby

ORDERED that the Motion is GRANTED.

_____
The Honorable Colleen Kollar-Kotelly
UNITED STATES DISTRICT COURT JUDGE
Washington, D.C.