IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RIVERSIDE TEXACO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case: 1:07-mc-00504 |
| | ) | Assigned To: Kollar-Kotelly, Colleen |
| v. | ) | Assign. Date: 11/20/2007 |
| | ) | Description: Miscellaneous |
| OCCIDENTAL CHEMICAL | ) | |
| CORPORATION, | ) | |
| | ) | Case No. CV-07-J-0268-NW |
| Defendant. | ) | (Northern District of Alabama) |
| | ) | |

## CERTIFICATION OF JOHN KENNETH POWER

As required by Order of this Court dated November 29, 2007 regarding his Motion for Pro Hac Vice Admission, John Kenneth Power hereby certifies that he is familiar with the Local Rule of this Court.

Dated: December 3, 2007.

_____
John Kenneth Power
*Pro Hac Vice*
HUSCH & EPPENBERGER, LLC
1200 Main Street, Suite 2300
Kansas City, MO 64105
Telephone: (816) 421-4800
Facsimile: (816) 421-0596
john.power@husch.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 3 day of December, 2007, served a copy of the foregoing on counsel for all parties in this proceeding by mailing the same by United States Mail, first-class postage prepaid to:

Jere L. Beasley, Esq.
Rhon E. Jones, Esq.
Alyce S. Robertson, Esq.
BEASLEY, ALLEN, CROW
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103
Attorneys for Plaintiffs

R. Leland Lesley, Esq.
R. LELAND LESLEY, P.C.
2908 Crescent Avenue
Birmingham, AL 35209-2522
Attorney for Plaintiffs

John Kenneth Power
*Pro Hac Vice*
*Attorney for Occidental Chemical Corporation*