IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RIVERSIDE TEXACO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case: 1:07-mc-00504 |
| | ) | Assigned To: Kollar-Kotelly, Colleen |
| v. | ) | Assign. Date: 11/20/2007 |
| | ) | Description: Miscellaneous |
| OCCIDENTAL CHEMICAL CORPORATION, | ) | |
| | ) | |
| | ) | Case No. CV-07-J-0268-NW |
| Defendant. | ) | (Northern District of Alabama) |
| | ) | |

### CERTIFICATION OF WILLIAM JOHN CURTIS

As required by Order of this Court dated November 29, 2007 regarding his Motion for *Pro Hac Vice* Admission, William John Curtis hereby certifies that he is familiar with the Local Rules of this Court.

Dated: December 4, 2007.

_____
William John Curtis
*Pro Hac Vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
william.curtis@husch.com

2839825.01

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on this the 4th day of December, 2007, served a copy of the foregoing on counsel for all parties in this proceeding by mailing the same by United States Mail, first-class postage prepaid to:

Jere L. Beasley, Esq.  
Rhon E. Jones, Esq.  
Alyce S. Robertson, Esq.  
BEASLEY, ALLEN, CROW  
METHVIN, PORTIS & MILES, P.C.  
218 Commerce Street  
P.O. Box 4160  
Montgomery, AL 36103  
Attorneys for Plaintiffs  

R. Leland Lesley, Esq.  
R. LELAND LESLEY, P.C.  
2908 Crescent Avenue  
Birmingham, AL 35209-2522  
Attorney for Plaintiffs  

_____  
William John Curtis  
*Pro Hac Vice*  
*Attorney for Occidental Chemical Corporation*

2839825.01