CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIVERSIDE TEXACO, et al. ) | |
| ) | |
| ) | |
| vs. ) | Case Number 07-0504 (JR) |
| ) | |
| OCCIDENTAL CHEMICAL CORP. ) | Category :Miscellaneous |
| ) | |

## REASSIGNMENT OF MISCELLANEOUS CASE

The above-entitled case was reassigned on <u>November 28, 2007</u> from <u>Judge Collen Kollar-Kotelly</u> to <u>Judge James Robertson</u> by direction of the Calendar Committee.

(Randomly reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:  Judge Kollar-Kotelly & Courtroom Deputy
Judge Robertson & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk
Statistical Clerk