UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORP., | : |
| Plaintiff, | : |
| v. | : Misc. Action No. 07-0504 (JR) |
| OCEANA, INC., | : |
| Defendant. | : |

## ORDER

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Michael Howard Wetmore [4], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

JAMES ROBERTSON
United States District Judge