IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re : Oceana Subpoena

RIVERSIDE TEXACO, ET AL.,          )
                                   )
       Plaintiffs,                 )
                                   )   Case No. 1:07-mc-00504
       v.                          )   JUDGE ROBERTSON
                                   )
OCCIDENTAL CHEMICAL CORPORATION,   )
ET AL.,                            )
                                   )
       Defendants.                 )
                                   )

**THIRD PARTY OCEANA'S MOTION FOR LEAVE TO FILE A SUR-REPLY AND SUR-REPLY TO OCCIDENTAL CHEMICAL CORPORATION'S REPLY TO OCEANA'S OPPOSITION TO THE MOTION TO COMPEL**

COMES NOW Non-Party Oceana, Inc. ("Oceana"), by and through its undersigned counsel, and respectfully submits this Motion for Leave to File a Sur-Reply to Occidental Chemical Corporation's ("Occidental") Reply and Sur-Reply pursuant to the Court's holding in *United States ex rel. Pogue v. Diabetes Treatment Centers of America, Inc.*, and asks this Court to disregard a misrepresentation made by Defendant Occidental in its Reply. 238 F.Supp.2d 270, 276 (D.D.C. 2002) ("A surreply may be filed only by leave of Court, and only to address new matters raised in a reply, to which a party would otherwise be unable to respond.").

In its December 11, 2007 reply brief to Oceana's Opposition to Occidental's Motion to Compel, Occidental made an incorrect factual assertion that is materially disadvantageous to Oceana's position. On page two of the brief, Occidental states that "Oceana admits that nearly sixty (60) community members had this testing done, including some of the plaintiffs in the underlying action against OxyChem." Oceana makes no such admission. The

- 1 -

passage cited in Oceana's brief simply states that "Occidental is free to seek the release of medical information of any particular Plaintiff through discovery in the case at hand without casting the net so far as to include all medical and privacy information of the test subjects that submitted samples for testing to Oceana."

Oceana has not yet attempted to discern whether any of the fifty-nine test subjects are now plaintiffs in the underlying claim, and even if it had, to volunteer that information absent a court order would violate the confidentiality agreement we are attempting to preserve. (See Exhibit A, Sample Hair Testing Confidentiality Agreement) Oceana raised this issue with counsel for Occidental in a letter dated December 12, requesting that they file a timely supplement addressing the error, but Occidental has refused to make the correction sought. Counsel for the parties have continued to discuss the possibility of amicably settling this production dispute without the intervention of the Court, but have reached an impasse and believe that additional discussion prior to tomorrow's hearing would not be productive.

Accordingly, for the good cause shown above, Oceana respectfully requests that this Court disregard any suggestion that Oceana has violated the Confidentiality Agreement entered into with test subjects by conceding in its papers that test subjects from its Muscle Shoals mercury advocacy efforts are plaintiffs in the underlying claim.

Dated:  December 18, 2007

WILEY REIN LLP

_____/s/ Rodney Glover_____
Rodney H. Glover
Bar No. 387257
1776 K Street, N.W.
Washington, DC  20006
Telephone:  (202) 719-7381
Facsimile:  (202) 974-1426
Email: rglover@wileyrein.com

Eric A. Bilsky, Senior Attorney, Oceana
Bar No. 433612
Oceana, Inc.
2501 M Street, N.W. Suite 300
Washington, D.C. 20037
Telephone: (202) 202.833.3900
Facsimile: (202) 833.2070
Email:  ebilsky@oceana.org

## CERTIFICATE OF SERVICE

I, Rodney H. Glover, counsel for Oceana, Inc., HEREBY CERTIFY that on this 18th day of December, 2007, a copy of the foregoing was served electronically and by first-class mail, postage prepaid, upon:

>William J. Curtis, Esq.
>Husch & Eppenberger, LLC
>190 Carondelet Plaza
>Suite 600
>St. Louis, MO 63105-3441
>Attorney for Occidental Chemical Corporation
>
>Jere L. Beasley, Esq.
>Rhon E. Jones, Esq.
>Alyce S. Robertson, Esq.
>Beasley, Allen, Crow, Methvin,
>Portis & Miles, P.C.
>218 Commerce Street
>P.O. Box 4160
>Montgomery, AL 36103
>Attorneys for Plaintiffs
>
>R. Leland Lesley, Esq.
>R. Leland Lesley, P.C.
>2908 Crescent Avenue
>Birmingham, AL 35209-2522
>Attorneys for Plaintiffs

    __/s/ Rodney Glover_____
    Rodney H. Glover

# EXHIBIT A

Participant Copy – Please keep for your records.

 

# CONSENT TO BE A RESEARCH PARTICIPANT

**PURPOSE**

This is a research study initiated and funded by Greenpeace and conducted by the Environmental Quality Institute (EQI) at the University of North Carolina-Asheville. This study seeks to ascertain the levels of mercury in people's bodies across the United States. Mercury is a toxic metal that can damage the developing brain and may be linked to the risk of heart attack and sudden death. The specific purpose of this study is to determine whether mercury exposure levels in the United States are exceeding standards set to protect public health.

**PROCEDURES**

Greenpeace and Oceana's roles in the study is to facilitate the sampling process. Participants will sign up either on the Oceana or Greenpeace website, or meet with Greenpeace or Oceana volunteers to express their interest in being part of the study. The sampling kit, lab analysis, the mailing of lab results and the writing and publication of the aggregate sampling results will be performed by the Environmental Quality Institute (EQI) at the University of North Carolina-Asheville.

If you agree to participate in this study, you will be asked to read and sign this consent form, fill out a questionnaire, and read an instructional document that will show you how to provide a 500 mg hair sample. These documents should all arrive in the sampling kit from EQI. You can expect results in two to three weeks or less from EQI. If the results cannot be returned in two weeks to three weeks, you will be notified of the reason for delay and informed of the expected return time. In the same results mailing you will receive additional information from Greenpeace detailing additional steps you can take to limit mercury exposure.

If you choose to share your results with Greenpeace and/or Oceana, the duration of your participation will depend solely on your *voluntary* involvement in Greenpeace and/or Oceana's campaigns to eliminate mercury pollution. This involvement is not needed for participation in the study and there will be a process in which people personally must opt-in to get further involved. The Environmental Quality Institute will not play a role in this voluntary involvement in their campaigns.

**FINANCIAL OBLIGATIONS**

You will not receive any financial compensation for your participation in this study. Upon receiving a sample testing kit, participants will be under no further financial obligation. Participants may be asked to voluntarily donate money to Greenpeace to help fund this project if the number of interested people exceed Greenpeace's ability to continue to fund the Environmental Quality Institute's research.

After receiving your results, it is possible that you may want to follow up with a medical professional. Neither Oceana nor Greenpeace are responsible for any of these costs and is unable to estimate what they might be. Neither Oceana nor Greenpeace will profit financially from your participation in this study.

**BENEFITS OF THE STUDY**

1

**Participant Copy – Please keep for your records.**

The main benefit of the study will be to gain information and indicators of the levels of mercury in people's bodies. The overall study aims to glean knowledge and trends from these individual samples so that these levels can be minimized in the future. There is no guaranteed direct benefit to you from participating in this study. However, you may benefit from the educational materials provided in the sampling kit, and the knowledge of the mercury level in your hair.

### DESCRIPTION OF POSSIBLE RISKS

There is a potential risk of cutting or puncturing yourself with scissors used to collect the hair sample. This risk can be reduced if another person cuts your hair with blunt-tipped scissors. Additionally, cutting only the amount required for analysis and using thinning shears can reduce this risk. There are no other known harms associated with your participation in this research.

### CONFIDENTIALITY

The results of your test will be handled as confidentially as possible under the law. No individual identifiers will be used in any reports or publications. Only the Environmental Quality Institute will have access to your files. You have the option to waive your right to confidentiality and share your information with Greenpeace, Oceana and/or the public. You are guaranteed the right to confidentiality unless you expressly waive it. All test results will be kept confidential unless you authorize their release or if disclosure of the results are mandated by law (e.g. court subpoena).

### DATA/SAMPLE STORAGE

When this study is complete, all personal information and samples you provide may be stored indefinitely. Your confidentiality will continue to be protected as described above. No information that could identify you will be released or transferred to third parties.

### QUESTIONS OR CONCERNS

If you have general questions about Greenpeace's research study or specific questions about the sampling procedure, please send an e-mail to mercury@wdc.greenpeace.org (preferred) or call Greenpeace Supporter Services at 1-800-326-0959 where your question will be answered or directed to a specific staff member. You may also contact Oceana at mercury@oceana.org.

### VOLUNTARY PARTICIPATION

You are free to decline to be in this study or to withdraw from it at any point. You do not give up your legal rights by signing this informed consent form. You will be given a copy of this consent form to keep. If you agree to participate, please sign the form below.

### CONSENT

I have read this consent form and understand the nature of the research purpose and procedures. I understand that my participation in the study is voluntary and agree to allow my responses to be included in this research. I agree to participate in the questionnaire. I acknowledge that I may be asked participate in a follow-up interview to discuss my test results. Please keep one copy of this consent form for your records.

_____   _____   _____
Date                      Participant's Name (Print)         Signature